dTOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian Kreutter

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                             :

In re:                                      :         Chapter 7

NEW BLUE FLOWERS GOURMET CORP.,  :         Case No. 23-11231 (JPM)

                Debtor.             :

------------------------------------------------------------- X

ALBERT TOGUT, Not Individually but Solely
in His Capacity as Chapter 7 Trustee of New
Blue Flowers Gourmet Corp.,

                                    Adv. Pro. No. 25-01115 (JPM)

                Plaintiff,

v.

BYUNG (BRUCE) LIM;  MUN SOOK LIM;
405 WEST 23rd STREET BAKERY CORP.;
KATSU-HAMA USA, LLC;  GIO ESTRADA
CONSTRUCTION LLC; JAMES YU;  and
FISCHER FOODS OF NEW YORK, INC.,

                Defendants.
------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE OF SUMMONS AND
### NOTICE OF PRETRIAL CONFERENCE AND COMPLAINT
### UPON DEFENDANTS GIO ESTRADA CONSTRUCTION LLC,
### JAMES YU, AND FISCHER FOODS OF NEW YORK, INC.

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK )

        JONATHAN COHEN,  being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at Caldwell, New Jersey.

On July 22, 2025, deponent served a copy of the *Summons and Notice of Pre-Trial Conference in an Adversary Proceeding* [Docket No. 2] and *Complaint* [Docket No. 1], together with its exhibits, upon each of the parties set forth on the service list annexed hereto, by depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*/s/ Jonathan Cohen*
JONATHAN COHEN

Sworn to before me this
23rd day of July, 2025

*/s/ Cynthia M. Sotomayor*
NOTARY PUBLIC

## **Service List**

**Via First Class Mail:**

Fischer Foods of New York, Inc.
c/o The Corporation
200 Brenner Drive
Congers, N.Y. 10920

Fischer Foods of New York, Inc.
Attn: President/Owner/General Counsel
200 Brenner Drive
Congers, N.Y. 10920

Fischer Foods of New York, Inc.
Attn: President/Owner/General Counsel
50 Brianbeth Place
Tappan, N.Y. 10923

Fischer Foods of New York, Inc.
Attn: Pat Pizzano, CEO
50 Brianbeth Place
Tappan, N.Y .10923

James Yu
6664 Selfridge St.
Forest Hills, NY 11375

James Yu
393 West Broadway, 6th Floor
New York, N.Y 10012

Gio Estrada Construction LLC
c/o Edgar Estrada
261 Walker St.
Fairview, New Jersey 07022

Gio Estrada Construction LLC
Attn: Owner/President/General Counsel
261 Walker St.
Fairview, New Jersey 07022