**Hearing Date: January 28, 2026 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: January 14, 2026 at 4:00 p.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Brian Kreutter
*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                   :
In re:                                                             :    Chapter 7
                                                                   :
NEW BLUE FLOWERS GOURMET CORP.,                                    :    Case No. 23-11231 (JPM)
                                                                   :
                    Debtor.                                        :
                                                                   :
------------------------------------------------------------------ x
ALBERT TOGUT, Not Individually but Solely in His                   :
Capacity as Chapter 7 Trustee of the Estate of New                 :
Blue Flowers Gourmet Corp.,                                        :
                                                                   :    Adv. Pro. No. 25-01115 (JPM)
                    Plaintiff,                                     :
                                                                   :
        v.                                                         :
                                                                   :
BYUNG (BRUCE) LIM;  MUN SOOK LIM;                                  :
405 WEST 23rd STREET BAKERY CORP.;                                 :
KATSU-HAMA USA, LLC;  GIO ESTRADA                                  :
CONSTRUCTION LLC;  JAMES YU;  and                                  :
FISCHER FOODS OF NEW YORK, INC.,                                   :
                                                                   :
                    Defendants.                                   :
------------------------------------------------------------------ X

### NOTICE OF HEARING TO CONSIDER TRUSTEE'S MOTION FOR AN ORDER GRANTING DEFAULT JUDGMENTS AGAINST 405 WEST 23RD STREET BAKERY CORP.;  KATSU-HAMA USA, LLC; GIO ESTRADA CONSTRUCTION LLC;  AND JAMES YU

**PLEASE TAKE NOTICE** that on December 30, 2025, Albert Togut, not

individually but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the

estate of New Blue Flowers Gourmet Corp. and the plaintiff in the above-captioned

adversary proceeding filed the attached *Trustee's Application for Entry of an Order*

*Granting Default Judgments Against 405 West 23rd Street Bakery Corp.;  Katsu-Hama USA, LLC;  Gio Estrada Construction LLC;  and James Yu* (the "<u>Motion</u>").

      **PLEASE TAKE FURTHER NOTICE** that a hearing (the "<u>Hearing</u>") to consider the Motion and all pleadings filed in response thereto, if any, will be conducted via Zoom for Government before the Honorable John P. Mastando III, United States Bankruptcy Judge for the Southern District of New York (the "<u>Bankruptcy Court</u>"), One Bowling Green, Room 723, New York, New York 10004, on **January 28, 2026 at 10:00 a.m. (Prevailing Eastern Time).**  Those wishing to appear before the Bankruptcy Court at the Hearing must register their appearance utilizing the Electronic Appearance portal located on the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than January 27, 2026, at 4:00 p.m. (Prevailing Eastern Time).

      **PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, must also be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at https://www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest, on a CD, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format, with a hard copy delivered directly to the Chambers of the Honorable John P. Mastando III, and shall be served by first class mail upon:  (i) Togut, Segal & Segal LLP, attorneys for the Trustee, One Penn Plaza, Suite 3335, New York, New York 10119, Attn:  Brian F. Moore, Esq. (bmoore@teamtogut.com) and Brian Kreutter, Esq. (bkreutter@teamtogut.com);  (ii) the United States Trustee for the Southern District of New York, One Bowling Green, Room 534, New York, New York 10004-1408, Attn:  Tara Tiantian, Esq. (tara.tiantian@usdoj.gov);  and (iii) any parties required to be served under any applicable Bankruptcy Rule or Local Rule, so

that they are actually received by the aforementioned parties not later than **January 14,**

**2026 at 4:00 p.m. (Prevailing Eastern Time).**

DATED:  December 30, 2025
New York, New York

ALBERT TOGUT
Not Individually But Solely in His
Capacity as Chapter 7 Trustee
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/Brian Moore*
BRIAN F. MOORE
BRIAN KREUTTER
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Brian Kreutter
*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                        :

In re:                            :   Chapter 7
                                                         :

NEW BLUE FLOWERS GOURMET CORP.,   :   Case No. 23-11231 (JPM)
                                                         :

                    Debtor.              :
                                                           :

---------------------------------------------------------------- x
ALBERT TOGUT, Not Individually but Solely in His :
Capacity as Chapter 7 Trustee of the Estate of New :
Blue Flowers Gourmet Corp.,
                                                         :   Adv. Pro. No. 25-01115 (JPM)

                  Plaintiff,       :

                    v.              :

BYUNG (BRUCE) LIM;  MUN SOOK LIM;    :
405 WEST 23rd STREET BAKERY CORP.;    :
KATSU-HAMA USA, LLC;  GIO ESTRADA   :
CONSTRUCTION LLC;  JAMES YU;  and    :
FISCHER FOODS OF NEW YORK, INC.,    :

                  Defendants.     :

---------------------------------------------------------------- X

## TRUSTEE'S APPLICATION FOR ENTRY OF AN
## ORDER GRANTING DEFAULT JUDGMENTS AGAINST
## 405 WEST 23RD STREET BAKERY CORP.;  KATSU-HAMA USA, LLC;
## <u>GIO ESTRADA CONSTRUCTION LLC;  AND JAMES YU</u>

TO THE HONORABLE JOHN P. MASTANDO III,
UNITED STATES BANKRUPTCY JUDGE:

           Albert Togut, not individually but solely in his capacity as Chapter 7

Trustee ("<u>Plaintiff</u>" or the "<u>Trustee</u>") of the estate of New Blue Flowers Gourmet Corp.

(the "<u>Debtor</u>") and the plaintiff in the above-captioned adversary proceeding

(the "<u>Adversary Proceeding</u>"), by and through his undersigned counsel, files this

application (the "Motion") for entry of an order granting default judgments against 405

West 23rd Street Bakery Corp. ("405 Bakery"); Katsu-Hama USA, LLC ("Katsu-

Hama"); Gio Estrada Construction LLC ("Gio Estrada"); and James Yu (collectively,

the "Defaulting Defendants"), substantially in the form annexed hereto as **Exhibit 1** (the

"Proposed Order") pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure

(the "Civil Rules"), made applicable herein by Rule 7055 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully states:

## INTRODUCTION

1.      On November 25, 2025, the clerk (the "Clerk") of the Bankruptcy

Court for the Southern District of New York (the "Court" or the "Bankruptcy Court")

entered certificates of default against the Defaulting Defendants (collectively, the

"Certificates of Default") on the docket maintained for the Adversary Proceeding

[Docket Nos. 21-24].

2.      The Trustee now seeks the entry of default judgments against the

Defaulting Defendants in the Adversary Proceeding pursuant to Civil Rule 55 made

applicable herein by Bankruptcy Rule 7055.

## JURISDICTION

3.      Jurisdiction exists in this Court to adjudicate the Motion pursuant

to 28 U.S.C. §§ 157 and 1334.

4.      The Adversary Proceeding is a core proceeding under 28 U.S.C. §

157(b)(2)(A), (B), (F), (H), and (O), and this Court has jurisdiction to hear and to

determine this proceeding and to enter a final order and judgment.

5.      In the event that this Court or any other court finds any part of this

Adversary Proceeding to be "non-core," this Court has non-core concurrent jurisdiction

over this proceeding under 28 U.S.C. § 1334 because the relief sought herein relates to

the Debtor's bankruptcy case and will have a material impact on the administration of the Debtor's estate.

6.    Plaintiff consents to entry of final orders and judgments by this Court in this Adversary Proceeding pursuant to Bankruptcy Rule 7008.  Plaintiff also consents to entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

7.    Venue over this Adversary Proceeding is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

8.    The statutory predicates for the relief requested herein are section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Civil Rule 55, made applicable herein by Bankruptcy Rule 7055, and Rule 7055-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules").

### ADVERSARY PROCEEDING TO AVOID
### AND RECOVER AVOIDABLE TRANSFERS

9.    On July 17, 2025, the Trustee commenced the Adversary Proceeding by filing a complaint [Docket No. 1] (the "Complaint") seeking to avoid and recover preferential transfers and/or fraudulent transfers that were made by the Debtor to or for the benefit of Byung Lim, Mun Sook Lim (collectively with Byung Lim, the "Lim Defendants"), 405 Bakery, Katsu-Hama, Gio Estrada, James Yu, and Fischer Foods of New York, Inc. ("Fischer Foods") in the aggregate amount of $2,797,175.09 (the "Transfers") pursuant to section 502(d) and sections 547 through 551 of the Bankruptcy Code and sections 273, 274, 276, and 276-a of the New York Debtor and Creditor Law. A copy of the Complaint is annexed hereto as **Exhibit 2**.

10.    The Complaint seeks the following recoveries:

a.  $727,523.93 from 405 Bakery as set forth on Exhibit B to the Complaint;

b.  $32,500.00 from Gio Estrada as set forth on Exhibit C to the Complaint;

c.  $45,000.00 from James Yu as set forth on Exhibit C to the Complaint;

d.  $44,342.34 from Fischer Foods as set forth on Exhibit C to the Complaint;

e.  $27,330.21 from Katsu-Hama as set forth on Exhibit D to the Complaint;  and

f.  $1,920,478.61 from the Lim Defendants as set forth on Exhibit E to the Complaint.

(collectively, the "Requested Recoveries").

11.  On July 21, 2025, the Clerk issued a summons in the Adversary Proceeding [Docket No. 3] (the "Summons").  A copy of the Summons is annexed hereto as **Exhibit 3**.

12.  The Summons required that the Defaulting Defendants file answers or otherwise move with respect to the Complaint within thirty (30) days after the date of issuance of the Summons.

13.  On July 22, 2025 and July 24, 2025, copies of the Summons and Complaint, along with its exhibits, were served upon the Defaulting Defendants at their last known addresses, as evidenced by the affidavits of service filed with the Bankruptcy Court on July 23, 2025 and July 24, 2025 [Docket Nos. 4-5].  A copy of the associated affidavits of service are annexed hereto as **Exhibit 4**.

14.  On October 7, 2025, counsel for the Trustee sent to the Defaulting Defendants letters (the "Default Letters"), respectively, which, among other things, advised the Defaulting Defendants that they were in default in the Adversary Proceeding.  Copies of the Default Letters are annexed hereto as **Exhibit 5**.

15.     The Defaulting Defendants have failed to answer or otherwise respond to the Summons and Complaint as evidenced by the docket that is maintained by the Clerk for the Adversary Proceeding, a copy of which is annexed hereto as **Exhibit 6**.

16.     On November 11, 2025, the Trustee filed the *Affidavit of Brian Kreutter in Support of Request for a Certificate of Default* [Docket No. 15] (the "Default Affidavit"), seeking entry of a certificate of default (each, a "Certificate of Default") against the Defaulting Defendants.  A copy of the Default Affidavit is annexed hereto as **Exhibit 7**.

17.     On November 24, 2025, Fischer Foods filed an answer [Docket No. 18].

18.     On November 25, 2025, the Clerk entered the Certificates of Default.  Copies of the Certificates of Default for the Defaulting Defendants are annexed hereto as **Exhibit 8**.

19.     On November 26, 2025, the Lim Defendants filed an answer [Docket No. 35].[1]

20.     On November 27, 2025, copies of the Certificates of Default were served upon the Defaulting Defendants, respectively, as evidenced by the affidavits of service filed with the Bankruptcy Court that same day [Docket Nos. 27-30].  Copies of the affidavits of service are annexed hereto as **Exhibit 9**.

---

[1]     The Summons required that the Lim Defendants file an answer or otherwise respond to the Complaint no later than August 20, 2025.  That deadline was not extended, and the Lim Defendants did not file their answer until ninety-eight days after the date it was due.  Indeed, the Clerk's office had already entered Certificates of Default against the Lim Defendants by the time they filed their answer.  The Trustee reserves all rights with respect to his claims against the Lim Defendants.

## RELIEF REQUESTED

21.    The Trustee makes this Motion for the entry of the Proposed Order granting default judgments against the Defaulting Defendants pursuant to Civil Rule 55(b)(2), made applicable to the Adversary Proceeding by Bankruptcy Rule 7055, and Local Rule 7055-2.

22.    As set forth above, the Defaulting Defendants have failed to plead, defend, or otherwise respond to the Complaint.

23.    Civil Rule 55 provides a two-step process for obtaining a default judgment against defendants who have failed to plead or defend.  *See* Fed. R. Civ. P. 55; Fed. R. Bankr. P. 7055;  *see also* Local Rule 7055-2.  The first step was to obtain the Certificates of Default.

24.    With this Motion, the Trustee seeks entry of the Proposed Order granting default judgments against the Defaulting Defendants in accordance with Civil Rule 55(b)(2) and Local Rule 7055-2, awarding the Trustee the amounts of the Transfers plus court filing fees of $350 and pre- and post-judgment interest.

25.    While Civil Rule 55(b)(2)(B) gives a court the discretion to conduct a hearing to determine the amount of damages, a judgment may be entered and effectuated in this case without such a hearing because damages can be calculated without further fact finding.  This is because the Complaint seeks to avoid transfers and obtain the Requested Recoveries, each of which is a sum certain.  *See, e.g., KPS & Associates, Inc. v. Designs By FMC, Inc.*, 318 F.3d 1, 19 (1st Cir. 2003) (citing with approval the proposition that "[t]he term 'sum certain' in this context contemplates a situation in which, once liability has been established, there can be no dispute as to the amount due, as in actions on money judgments and negotiable instruments").  Thus, no further proceedings are required for the Bankruptcy Court to determine damages.

26.     Moreover, the Trustee respectively submits that given the fulsome prior forms of notice given to the Defaulting Defendants and their failures to participate in the Adversary Proceeding, the cost and expense of a further hearing would be unwarranted.

27.     Upon information and belief, pursuant to 50 U.S.C. App. §§ 501 *et. seq.*, the Defaulting Defendants do not serve in the military, nor did they do so at any time during the pendency of this Adversary Proceeding, and the Defaulting Defendants are not minors or incompetents.

28.     Copies of this Motion, and the accompanying exhibits, have been served by regular first-class mail upon the Defaulting Defendants by service to their last known addresses.  The Trustee respectfully submits that no further notice is required.


WHEREFORE, the Trustee respectfully requests that the Court enter the Proposed Order, substantially in the form annexed hereto as **Exhibit 1**, and grant such other and further relief as is just and proper.

Dated: New York, New York
       December 30, 2025

> ALBERT TOGUT, not individually but solely in his capacity as Chapter 7 Trustee, By his Attorneys,
> TOGUT, SEGAL & SEGAL LLP
> By:
>
> */s/Brian Moore*
> BRIAN F. MOORE
> BRIAN KREUTTER
> One Penn Plaza, Suite 3335
> New York, New York 10119
> (212) 594-5000

7

## Exhibit 1

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                  :
In re:                                                            :    Chapter 7
                                                                  :
NEW BLUE FLOWERS GOURMET CORP.,                                   :    Case No. 23-11231 (JPM)
                                                                  :
                          Debtor.                                 :
                                                                  :
---------------------------------------------------------------- x
ALBERT TOGUT, Not Individually but Solely in His                 :
Capacity as Chapter 7 Trustee of the Estate of New               :
Blue Flowers Gourmet Corp.,                                       :
                                                                  :    Adv. Pro. No. 25-01115 (JPM)
                          Plaintiff,                              :
                                                                  :
             v.                                                   :
                                                                  :
BYUNG (BRUCE) LIM;  MUN SOOK LIM;                                 :
405 WEST 23rd STREET BAKERY CORP.;                               :
KATSU-HAMA USA, LLC;  GIO ESTRADA                                :
CONSTRUCTION LLC;  JAMES YU;  and                                :
FISCHER FOODS OF NEW YORK, INC.,                                 :
                                                                  :
                          Defendants.                             :
---------------------------------------------------------------- X

## <u>ORDER GRANTING DEFAULT JUDGMENTS</u>

Upon the application (the "<u>Motion</u>")[1] dated December 30, 2025, filed by

Albert Togut, not individually, but solely in his capacity as the Chapter 7 Trustee

(the "<u>Trustee</u>") of New Blue Flowers Gourmet Corp. and the plaintiff in the above-

captioned adversary proceeding (the "<u>Adversary Proceeding</u>"), by his attorneys, Togut,

Segal & Segal LLP, seeking entry of an Order pursuant to Rule 55 of the Federal Rules

of Civil Procedure, made applicable by Rule 7055 of the Federal Rules of Bankruptcy

Procedure, granting default judgments against 405 West 23rd Street Bakery Corp.;

Katsu-Hama USA, LLC;  Gio Estrada Construction LLC;  and James Yu (the "<u>Defaulting</u>

---

[1]    Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

Defendants"); and the Bankruptcy Court having considered the Motion; and it

appearing that the Defaulting Defendants have failed to plead, defend, or otherwise

respond to the Complaint; and the Clerk having entered Certificates of Default against

the Defaulting Defendants; and it appearing that good and sufficient notice of the

Motion having been given to the Defaulting Defendants, and that no other or further

notice is necessary; and upon the record made by all of the prior pleadings and

proceedings had herein; and it further appearing that the legal and factual bases set

forth in the Motion establish sufficient cause for the relief granted herein; and after due

deliberation thereon, it is:

ORDERED, ADJUDGED AND DECREED, that good and sufficient

notice of the Motion has been given, and no further or other notice of the Motion is

required; and it is further

ORDERED, ADJUDGED AND DECREED, that the Defaulting

Defendants are in default for failing to plead or otherwise defend in the Adversary

Proceeding; and it is further

ORDERED, ADJUDGED AND DECREED, that judgment be, and hereby

is, entered against:

a) 405 West 23rd Street Bakery Corp. ("405 Bakery") in the amount of $727,523.93 (the "405 Bakery Judgment Amount");

b) Gio Estrada Construction LLC in the amount of $32,500.00 (the "Gio Estrada Judgment Amount");

c) James Yu in the amount of $45,000.00 (the "James Yu Judgment Amount");

d) Katsu-Hama USA, LLC in the amount of $27,330.21 (the "Katsu-Hama Judgment Amount," and collectively with the 405 Bakery Judgment Amount, the Gio Estrada Judgment Amount, and the James Yu Judgment Amount, the "Judgment Amounts"); and

e)      all Defaulting Defendants, jointly and severally, in the amount of $350 representing court filing fees;

and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee shall be awarded pre-judgment interest, respectively, on the Judgment Amounts at the maximum legal rate (the "<u>Interest Rate</u>") set forth in 28 U.S.C. § 1961 running from the commencement of the Adversary Proceeding to the date of entry of this Order;  and it is further

**ORDERED, ADJUDGED AND DECREED,** that the Trustee shall be awarded post-judgment interest, respectively, on the Judgment Amounts at the Interest Rate running from the date of entry of this Order to the time each respective Judgment Amount and its related award of pre-judgment interest is paid in full;  and it is further

**ORDERED, ADJUDGED AND DECREED**, that all of the Trustee's rights, claims and defenses are otherwise expressly preserved and not waived.

DATED:  _____
        New York, New York

_____
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE

## Exhibit 2

### Complaint

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian Kreutter

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                                            :
In re:                                                      :        Chapter 7
                                                            :
NEW BLUE FLOWERS GOURMET CORP.,                             :        Case No. 23-11231 (JPM)
                                                            :
                            Debtor.                         :
                                                            :
----------------------------------------------------------- X
                                                            :
ALBERT TOGUT, Not Individually but Solely                  :
in His Capacity as Chapter 7 Trustee of New                :
Blue Flowers Gourmet Corp.,                                 :
                                                            :
                            Plaintiff,                      :        Adv. Pro. No. 25-_____ (JPM)
                                                            :
                   v.                                       :
                                                            :
BYUNG (BRUCE) LIM;  MUN SOOK LIM;                          :
405 WEST 23rd STREET BAKERY CORP.;                          :
KATSU-HAMA USA, LLC;  GIO ESTRADA                          :
CONSTRUCTION LLC;  JAMES YU;  and                          :
FISCHER FOODS OF NEW YORK, INC.,                            :
                                                            :
                            Defendants.                     :
----------------------------------------------------------- X

## COMPLAINT

Albert Togut, not individually but solely in his capacity as the Chapter 7

Trustee (the "Plaintiff" or the "Trustee") of the estate (the "Estate") of New Blue

Flowers Gourmet Corp. (the "Debtor"), by his attorneys, Togut, Segal & Segal LLP (the

"Togut Firm"), hereby makes this complaint (the "Complaint") against Byung (Bruce)

Lim ("Bruce");  Mun Sook Lim ("Mun", together with Bruce, the "Lims");  405 West

23rd Street Bakery Corp. ("405 Bakery");  Katsu-Hama USA, LLC ("Katsu-Hama",

together with 405 Bakery and the Lims, the "Insider Defendants");  Gio Estrada

Construction LLC ("Gio Estrada");  James Yu ("Yu");  and Fischer Foods of New York,

Inc. ("Fischer Foods", together with Gio Estrada and Yu, the "Subsequent Transferee

Defendants") and in support thereof respectfully alleges the following upon

information and belief:

## SUMMARY OF THE ACTION[1]

1.      At all relevant times herein, the Lims owned and controlled several

restaurants in the New York City area, including the Debtor, 405 Bakery and Katsu-

Hama.

2.      The Debtor operated a café in Midtown Manhattan.

3.      The Debtor commenced the above-captioned case to stay an

eviction from its business premises for failing to pay rent to landlord Walsam 47th

Street, LLC (the "Landlord").

4.      Prior to and after the Petition Date, the Debtor improperly

conveyed Avoidable Transfers totaling not less than $2,797,175 (i) to the Insider

Defendants, and/or (ii) indirectly through initial transferee 405 Bakery to the

Subsequent Transferee Defendants (together with the Insider Defendants, the

"Defendants").

5.      The Subsequent Transferee Defendants provided services to, or for

the benefit of, 405 Bakery, and not to the Debtor.

6.      The Debtor, which was insolvent at all relevant times herein, did

not receive consideration in exchange for the Avoidable Transfers.  Under these

---

[1]     Capitalized terms used but not defined in this section shall have the meanings ascribed to them in
        subsequent sections of this Complaint.

circumstances, the Avoidable Transfers are presumed to have been made with actual intent to defraud the Debtor's creditors.

7.      The Trustee commences this adversary proceeding (the "Adversary Proceeding") to avoid and recover the Avoidable Transfers as (i) fraudulent conveyances, or, in the alternative and subject to Defendants' proof, preferential transfers;  and (ii) improper post-petition transfers.

## THE DEBTOR AND THE PARTIES

8.      The Debtor is a corporation organized under the laws of New York State.

9.      The Debtor conducted business as a café known as Café Alice, located at 5 East 47th Street, New York, NY 10017 (the "Premises").

10.     Plaintiff is the Chapter 7 Trustee of the Debtor.

11.     Defendant Bruce is an individual residing in New York State, and he is married to Mun.

12.     Bruce signed the Debtor's bankruptcy petition, and he is the Debtor's general manager.

13.     Defendant Mun is an individual residing in New York State, and she is married to Bruce.

14.     Mun owns 100% of the shares of the Debtor, and she is President and Secretary of the Debtor.

15.     Defendant 405 Bakery is a corporation organized under the laws of New York State doing business as a café known as Chelsea Pantry Café located at 405 West 23rd Street in New York City.

16.     Upon information and belief, at all relevant times, the Lims owned 100 percent of the equity of 405 Bakery.

3

17.     Bruce incorporated 405 Bakery and acted as President of this entity.

18.     Defendant Katsu-Hama is a limited liability company organized under the laws of New York State doing business as a restaurant known as Katsu-Hama located at 11 East 47th Street in New York City.

19.     Upon information and belief, at all relevant times, the Lims owned 100 percent of the equity of Katsu-Hama.

20.     Bruce is designated as the party to accept service of process for Katsu-Hama.

21.     405 Bakery and Katsu-Hama are "affiliates" of the Debtor, as that term is defined in section 101(2) of title 11 of the United States Code (the "Bankruptcy Code").

22.     The Lims, 405 Bakery and Katsu-Hama are "insiders" of the Debtor, as that term is defined in section 101(31) of the Bankruptcy Code.

23.     Defendant Gio Estrada is a limited liability company organized under the laws of New Jersey, and it provided construction-related services to 405 Bakery.

24.     Defendant Yu is an individual residing in New York State who provided construction-related services to 405 Bakery.

25.     Defendant Fischer Foods is a corporation organized under the laws of New York State that provided food products to 405 Bakery.

## JURISDICTION AND VENUE

26.    The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over the Adversary Proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and the United States District Court for the Southern District of New York's *Amended Standing Order of Reference, M-431* dated January 31, 2012, which refers such proceedings to this Court.

27.    This Adversary Proceeding is commenced pursuant to sections 502(d), 544, 547, 548, 549, 550, and 551 of the Bankruptcy Code;  Rules 3007, 6009, and 7001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules");  and sections 273, 274, 276, and 276-a of the New York Debtor and Creditor Law (adopting the Uniform Voidable Transactions Act, the "NYUVTA") as applicable to transfers occurring on or after April 4, 2020.[2]

28.    This Adversary Proceeding is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (B), (F), (H), and (O), and this Court has jurisdiction to hear and to determine this Adversary Proceeding and to enter a final order and judgment herein.  In the event that this Court or any other court finds any part of this Adversary Proceeding to be "non-core," this Court has non-core concurrent jurisdiction over this Adversary Proceeding under 28 U.S.C. § 1334 because the relief sought herein relates to the above-captioned Chapter 7 case (the "Chapter 7 Case") and will have a material impact on the administration of the Estate.

29.    Plaintiff consents to entry of final orders and judgments by this Court in this Adversary Proceeding pursuant to Bankruptcy Rule 7008.  Plaintiff also

---

[2]    Should he discover avoidable transfers to, or for the benefit of, any of the Defendants herein that occurred before April 4, 2020, the Trustee reserves his right to assert claims under the provisions of the New York Debtor and Creditor Law that were applicable during such period.

consents to entry of final orders or judgments by this Court if it is determined that this

Court, absent consent of the parties, cannot enter final orders or judgments consistent

with Article III of the United States Constitution.

30.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and

1409 because this Adversary Proceeding arises in, and is related to, the Chapter 7 Case.

<u>**BACKGROUND**</u>

31.     On August 1, 2023 (the "<u>Petition Date</u>"), the Debtor filed a

voluntary petition (the "<u>Petition</u>") for relief under Chapter 11 subchapter V of the

Bankruptcy Code.

32.     In August 2023, the Debtor filed its (i) affidavit pursuant to Rule

1007-2 of the Local Rules of the Court (the "<u>Affidavit</u>") sworn to by Bruce [Docket No.

3], (ii) Statement of Financial Affairs [Docket No. 6], and (iii) bankruptcy schedules of

assets and liabilities [Docket No. 11].

33.     On September 21, 2023, the Landlord filed a motion and sought,

among other things, an order confirming that the automatic stay pursuant to

Bankruptcy Code section 362 did not apply in the Debtor's case to stay the Landlord's

efforts to evict the Debtor from its business premises on account of the Debtor's failure

to pay rent of more than $1 million (the "<u>Stay Motion</u>") [Docket No. 13].

34.     On October 23, 2023, the Court entered an order confirming that the

automatic stay did not apply as to the Landlord, and authorized the Landlord to

proceed with the Debtor's eviction [Docket No. 19].

35.     On November 9, 2023, the United States Trustee ("<u>UST</u>") filed a

motion for an order converting or dismissing the Debtor's Chapter 11 case (the

"<u>Conversion Motion</u>") [Docket No. 20].

36.     The Conversion Motion noted the "alarming" and "extensive" pre-petition transfers made by the Debtor to and for the benefit of 405 Bakery and attached documentation reflecting such transfers.

37.     On December 12, 2023, the Debtor was evicted from the Premises (the "Eviction").

38.     At or about the time of the Eviction, the Lims removed and/or caused the Debtor's equipment (the "Equipment") and inventory valued at $136,500 and $18,500, respectively [see Docket No. 10], to be removed from the Premises.

39.     On December 18, 2023 (the "Conversion Date"), the Court entered an order converting this case to a Chapter 7 case [Docket No. 24].

40.     On December 19, 2023, Albert Togut was appointed as the Chapter 7 Interim Trustee of the Debtor [Docket No. 25];  he duly qualified and is acting as Trustee of the Debtor.

41.     On January 9, 2024, the Court entered orders approving the Trustee's retention of (i) the Togut Firm as his attorneys [Docket No. 37] and (ii) Vinay Agarwal, CPA, LLC as his accountants [Docket No. 38].

42.     On April 8, 2024, the Landlord filed Proof of Claim No. 7 (the "Landlord Claim") in the amount of not less than $1,260,280.94.

**THE TRUSTEE'S INVESTIGATION**

43.     On December 27, 2023, the Trustee filed an application for entry of an order pursuant to Bankruptcy Rule 2004 authorizing him to issue subpoenas for the production of documents and deposition testimony [Docket No. 31].

44.     On January 2, 2024, the Court entered an order authorizing the Trustee's requested Rule 2004 discovery authority [Docket No. 32].

45.     The Trustee served subpoenas upon the Insider Defendants and
other parties (the "Subpoenas") [Docket Nos. 40-44, 46-47, 65-68].

46.     The Trustee twice adjourned the Debtor's initial Bankruptcy Code
Section 341 Meeting of Creditors (the "Section 341 Meeting") because the Debtor failed
to produce certain financial records and other requested items, including, among other
things, general ledgers, invoices, agreements, sales data and computers.

47.     On February 20, 2024, the Trustee filed a motion for entry of an
order (i) designating Bruce as the representative responsible for performing the
Debtor's duties in this case, and (ii) compelling Bruce to produce documents and testify
at the Section 341 Meeting (the "Designation Application") [Docket No. 48].

48.     On March 8, 2024, the Court entered an order that granted the
Designation Application (the "Designation Order") [Docket No. 52].

49.     In response to the Designation Order and Subpoenas, the Debtor
and the Insider Defendants produced some, but not all of, the documents sought by the
Trustee.

50.     On March 20, 2024, Bruce appeared for the Debtor and was
examined by the Trustee at the Section 341 Meeting;  however, Bruce has failed to
produce all of the documents and information sought by the Trustee.

51.     Despite the Trustee's repeated demands, the Debtor and the Insider
Defendants have not produced all of the financial and other information sought by the
Trustee.[3]

---

[3]     The Trustee has undertaken reasonable due diligence based on the circumstances of the case and
taken into account Defendants' known or reasonably knowable affirmative defenses.

52.     The Debtor made initial transfers to 405 Bakery that were then transferred to the Subsequent Transferee Defendants, in exchange for which the Debtor did not receive any consideration.

53.     The Trustee's investigation further revealed that the Debtor did not deposit a significant portion of its cash sales (the "Unaccounted Cash Sales") into its bank accounts.

54.     The Debtor received a minimal amount of sale proceeds from online delivery entities Grubhub, DoorDash and Ritual into its bank accounts.  Upon information and belief, like the Unaccounted Cash Sales, the Debtor did not deposit the remaining online sales (the "Unaccounted Online Sales", and collectively with the Unaccounted Cash Sales, the "Unaccounted Sales") into its bank accounts.  The Trustee seeks the recovery of the Unaccounted Sales, which are property of the Estate, from the Insider Defendants in an amount to be determined at trial.

55.     The Debtor's 2020-2022 tax returns reflect loans payable (the "Loans Payable") to sole shareholder Mun:  2020 - $330,813;  2021 - $290,007;  and 2022 - $52,392.

56.     Upon information and belief, the Debtor repaid the Loans Payable to Mun when the Debtor was undercapitalized, and these payments should have been treated as returns of capital.  Accordingly, the Loans Payable are avoidable fraudulent conveyances that are recoverable from Mun.

## DEBTOR WAS INSOLVENT AT ALL RELEVANT TIMES

57.     As evidenced by, among other things:  (i) the Landlord Claim; (ii) the Stay Motion;  (iii) the Conversion Motion;  and (iv) available books and records, the Debtor was insolvent by no later than May 1, 2020 and remained insolvent at all relevant times thereafter.

58.     The Stay Motion and Landlord Claim demonstrate that the Debtor owed unpaid rent of more than $1 million because the Debtor:  (i) failed to pay full rent since February 2018;  (ii) never paid more than fifty percent of fixed rent since November 2020;  and (iii) failed to make any payments to the Landlord for the Debtor's use and occupancy of the Premises since May 2022.

59.     The rent ledger filed in the Landlord's state court action against the Debtor (the "Rent Ledger"), annexed hereto as **Exhibit A**,[4] reflects that the Debtor owed approximately $50,000 of unpaid rent as of April 1, 2020.  The amount of unpaid rent continued to increase through the Petition Date, to more than $1 million as set forth in the Landlord Claim, the Debtor's bankruptcy schedules and the Affidavit.

60.     In the Conversion Motion, the UST alleged that the Debtor was unable to continue its operations because it lost its lease and had not found an alternative location to operate its business, appeared to have no prospects of reorganization, and had failed to file any monthly operating reports [Docket No. 20].

61.     The Conversion Motion also reflected that the Debtor's 2021 tax return showed a loss of $154,438.

62.     The Debtor's operations significantly reduced in 2020, with reported sales decreasing from $2,384,347 in 2019 to $994,653 in 2020, with a significant portion of such sales having been made during the period of January to March 2020 (the period prior to the onset of the Covid-19 outbreak in the United States).

63.     In the Affidavit, Bruce confirmed that Covid-19 negatively impacted the Debtor and all aspects of its operations [Docket No. 3].

---

[4] The exhibits annexed to this Complaint are incorporated by reference as if fully set forth herein.

64.    The Debtor also concealed the extent of its insolvency by omitting and underreporting its liabilities.  For example, the Debtor's 2020 income tax return (the "2020 Return") failed to disclose that the Debtor obtained an August 2019 loan of $200,000 from the U.S. Small Business Administration ("SBA"), and a July 2020 SBA Economic Injury Disaster Loan ("EIDL") of $150,000.

65.    On or about November 2021, the Debtor increased the EIDL loan to $500,000, which was not reflected in its 2021 tax return.

66.    The Debtor also owed unpaid New York City taxes from 2014-2018 totaling not less than $88,644.31, which were not reflected in the Debtor's 2020 Return.

67.    The 2020 Return also:  (i) listed a rent payable obligation of $72,000, despite the Rent Ledger showing a rent payable of $222,299.18;  and (ii) indicated rent expenses of $223,749, while the Rent Ledger listed rent expenses of $378,971.50.

68.    The Debtor was insolvent by any measure before, during and after the dates of the Avoidable Transfers (defined below).

### THE AVOIDABLE TRANSFERS

69.    During the period of May 2020 through April 2024, the Debtor made transfers to, or for the benefit of, the Defendants in the aggregate amount of at least $2,797,175 (the "Avoidable Transfers") consisting of the following categories:

(i)    Transfers to, or for the benefit of, 405 Bakery that are avoidable and recoverable from 405 Bakery and the Lims, as set forth in the annexed **Exhibit B**;

(ii)    Subsequent transfers of initial transfers to 405 Bakery (included in Exhibit B) that are avoidable and recoverable from the Subsequent Transferee Defendants, as set forth in the annexed **Exhibit C**;

(iii)    Transfers to, or for the benefit of, Katsu-Hama that are avoidable and recoverable from Katsu-Hama and the Lims, as set forth in the annexed **Exhibit D**;

(iv)  Transfers to, or for the benefit of, the Lims (as set forth in the annexed **Exhibit E**) consisting of:  (a) cash withdrawals from the Debtor's bank accounts;  (b) electronic funds transfers;  (c) transfers to unknown bank accounts;  (d) the post-petition transfer of the Equipment;  and (e) the Loans Payable to, or for the benefit of, Mun;  and

(v)  The Unaccounted Sales, in the amount to be determined at trial, which, upon information belief, were transferred to, or for the benefit of, the Lims.

70.  As set forth below and in **Exhibits B-E**, the Avoidable Transfers are avoidable and recoverable as (i) fraudulent conveyances, or, in the alternative, preferential transfers;  and (ii) improper post-petition transfers.

<u>COUNT I</u>

**AVOIDANCE AND RECOVERY OF**
**ACTUAL FRAUDULENT TRANSFERS PURSUANT TO**
**11 U.S.C. §§ 544, 548(a)(1)(A), 550 and 551;  and**
<u>**NYUVTA §§ 273(a)(1), 273(b), 276 and 276-a**</u>

**(All Defendants)**

71.  Plaintiff repeats and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

72.  During the four years prior to the Petition Date, the Debtor made Avoidable Transfers to, or for the benefit of, each of the Defendants totaling at least $2,420,162 (the "<u>Pre-Petition Transfers</u>") as identified by the dates, amounts, and recipients in **Exhibits B-E**.

73.  The Debtor made the Pre-Petition Transfers with actual intent to hinder, delay, or defraud one or more present and/or future creditors of the Debtor.

74.  The Pre-Petition Transfers did not, and were not intended to, benefit the Debtor.

75.     Instead, the Pre-Petition Transfers benefited the Defendants, who were the initial, immediate, and/or mediate transferees and/or beneficiaries of the Pre-Petition Transfers.

76.     Each of the Pre-Petition Transfers transferred the Debtor's assets to, or for the benefit of, the Defendants to the detriment of the Debtor's present and/or future creditors.

77.     The Pre-Petition Transfers to the Subsequent Transferees, which were initially made to 405 Bakery, were fraudulent for the reasons set forth herein.

78.     Pursuant to sections 502(d), 544, 548(a)(1)(A), 550 and 551 of the Bankruptcy Code and/or NYUVTA §§ 273(a)(1), 273(b), 276 and 276-a, Plaintiff is entitled to a judgment against the Defendants:  (i) avoiding the Pre-Petition Transfers; (ii) recovering the Pre-Petition Transfers and/or their value from the Defendants; (iii) preserving the Pre-Petition Transfers for the benefit of the Estate;  (iv) disallowing any claim filed by the Defendants until such time as the Pre-Petition Transfers and/or their value is repaid to the Plaintiff;  (v) awarding attorneys' fees and costs from the Defendants;  and (vi) awarding any other relief that the Court deems just and proper.

## COUNT II

**AVOIDANCE AND RECOVERY OF
CONSTRUCTIVELY FRAUDULENT TRANSFERS
PURSUANT TO 11 U.S.C. §§ 544, 548(a)(1)(B), 550 and 551;
and NYUVTA §§ 273(a)(2), 274, 276 and 276-a**

**(All Defendants)**

79.     Plaintiff repeats, reiterates and realleges each of the forgoing allegations of this Complaint as if fully set forth herein.

80.    The Debtor did not receive fair consideration or reasonably equivalent value in exchange for the Pre-Petition Transfers because the Debtor did not receive any benefit from them.

81.    Instead, the Pre-Petition Transfers benefited the Defendants who were the initial, immediate, mediate transferees and/or beneficiaries of the Transfers.

82.    Each of the Pre-Petition Transfers transferred the Debtor's assets for the benefit of the Defendants to the detriment of the Debtor's present and/or future creditors.

83.    The Debtor was insolvent when each of the Pre-Petition Transfers was made, or was rendered or became insolvent as a result of the Pre-Petition Transfers.

84.    The Debtor made the Pre-Petition Transfers when the Debtor was engaged, and/or was about to engage, in business or transactions for which its remaining property after making the Pre-Petition Transfers was an unreasonably small amount of capital.

85.    The Debtor remained inadequately capitalized as a result of the Pre-Petition Transfers until the Petition Date.

86.    The Debtor made the Pre-Petition Transfers when the Debtor intended to incur, believed that it would incur, and/or reasonably should have believed that it would incur debts beyond its ability to pay them as they matured and/or became due.

87.    The Debtor remained unable to pay its debts as they matured and/or became due as a result of the Pre-Petition Transfers until the Petition Date.

88.    The Pre-Petition Transfers to the Subsequent Transferees, which were initially made to 405 Bakery, were fraudulent for the reasons set forth herein.

14

89.     Pursuant to sections 502(d), 544, 548(a)(1)(B), 550 and 551 of the Bankruptcy Code and sections 273(a)(2), 274, 276 and 276-a of the NYUVTA, Plaintiff is entitled to a judgment against the Defendants:  (i) avoiding the Pre-Petition Transfers; (ii) recovering the Pre-Petition Transfers and/or their value from the Defendants; (iii) preserving the Pre-Petition Transfers for the benefit of the Estate;  (iv) disallowing any claim filed by the Defendants until such time as the Pre-Petition Transfers and/or their value is repaid to the Plaintiff;  (v) awarding attorneys' fees and costs from the Defendants;  and (vi) awarding any other relief that the Court deems just and proper.

## COUNT III

**AVOIDANCE AND RECOVERY OF 90-DAY PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547(b), 550 and 551**

**(405 Bakery, the Lims and Fischer Foods)**

90.     Plaintiff repeats, reiterates, and realleges each of the following allegations of this Complaint as if fully set forth herein.

91.     Within ninety (90) days prior to the Petition Date, the Debtor made certain of the Avoidable Transfers to, or for the benefit of, 405 Bakery, the Lims and Fischer Foods (together, the "90-Day Preference Transferees") totaling not less than $177,411.73 (the "90-Day Preferential Transfers") as identified by the dates, amounts, recipients in **Exhibits B, C and E**.

92.     Subject to proof, Plaintiff pleads, in the alternative, that to the extent that the 90-Day Preference Transferees demonstrate that the 90-Day Preferential Transfers were made for or on account of an antecedent debt owed by the Debtor to the 90-Day Preference Transferees:  (a) the Debtor was insolvent at the time the 90-Day Preferential Transfers were made;  and (b) the 90-Day Preferential Transfers enabled the 90-Day Preference Transferees to receive more than they would have received if this

15

Chapter 7 Case were under Chapter 7 of the Bankruptcy Code, the 90-Day Preferential

Transfers had not been made, and the antecedent debt was paid to the extent provided

under the Bankruptcy Code.

93.    Plaintiff is entitled to the presumption of the Debtor's insolvency

pursuant to section 547(f) of the Bankruptcy Code.

94.    Pursuant to sections 502(d), 547(b), 550 and 551 of the Bankruptcy

Code, Plaintiff is entitled to a judgment against the 90-Day Preference Transferees:

(i) avoiding the 90-Day Preferential Transfers;  (ii) recovering the 90-Day Preferential

Transfers and/or their value from the 90-Day Preference Transferees;  (iii) preserving

the 90-Day Preferential Transfers for the benefit of the Estate;  (iv) disallowing any

claim that the 90-Day Preference Transferees may have against the Debtor until such

time as the 90-Day Preferential Transfers and/or their value are repaid to the Plaintiff;

and (v) awarding any other relief that the Court deems just and proper.

## COUNT IV

### AVOIDANCE AND RECOVERY OF INSIDER PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547(b), 550 and 551

**(405 Bakery and the Lims)**

95.    Plaintiff repeats, reiterates, and realleges each of the following

allegations of this Complaint as if fully set forth herein.

96.    During the period between 91 days and one year prior to the

Petition Date, the Debtor made transfers to, or for the benefit of, 405 Bakery and the

Lims (together, the "Insider Preference Defendants"), each an "insider" of the Debtor at

the time of the transfers (the "Insider Preferential Transfers"), in the total amount of not

less than $639,795.63  as identified by the dates, amounts, and recipients in **Exhibits B**

**and E**.

16

97.     Subject to proof, Plaintiff pleads, in the alternative, that to the extent that the Insider Preference Defendants demonstrate that the Insider Preferential Transfers were made for or on account of an antecedent debt owed by the Debtor to the Insider Preference Defendants before the Insider Preferential Transfers were made: (a) the Debtor was insolvent at the time the Insider Preferential Transfers were made; and (b) the Insider Preferential Transfers enabled the Insider Preference Defendants to receive more than they would have received if this Chapter 7 Case were under Chapter 7 of the Bankruptcy Code, the Insider Preferential Transfers had not been made, and the antecedent debt was paid to the extent provided under the Bankruptcy Code.

98.     Pursuant to sections 502(d), 547(b), 550 and 551 of the Bankruptcy Code, Plaintiff is entitled to a judgment against the Insider Preference Defendants: (i) avoiding the Insider Preferential Transfers; (ii) recovering the Insider Preferential Transfers and/or their value from the Insider Preference Defendants; (iii) preserving the Insider Preferential Transfers for the benefit of the Estate; (iv) disallowing any claim that any Insider Preference Defendant may have against the Debtor until such time as the Insider Preferential Transfers and/or their value are repaid to the Plaintiff; and (v) awarding any other relief that the Court deems just and proper.

## COUNT V

### AVOIDANCE AND RECOVERY OF POST-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§ 549(a)(1), 550 and 551

#### (405 Bakery, the Lims and Fischer Foods)

99.     Plaintiff repeats, reiterates, and realleges each of the following allegations of this Complaint as if fully set forth herein.

100.    After the Petition Date, the Debtor made certain of the Avoidable Transfers to, or for the benefit of, 405 Bakery, the Lims, and Fischer Foods (together, the

17

"Post-Petition Transfer Defendants") totaling not less than $377,013.07 (the "Post-Petition Transfers") as identified by the dates, amounts and recipients in **Exhibits B, C and E**.

101.    The Post-Petition Transfers benefited the Post-Petition Transfer Defendants who were the initial, immediate, mediate transferees and/or beneficiaries of the Transfers.

102.    Each of the Post-Petition Transfers transferred the Debtor's assets for the benefit of the Post-Petition Transfer Defendants to the detriment of the Debtor's present and/or future creditors.

103.    None of the Post-Petition Transfers were authorized by an order of the Court.

104.    None of the Post Petition Transfers were authorized by any provision of the Bankruptcy Code.

105.    Pursuant to sections 502(d), 549(a)(1), 550 and 551 of the Bankruptcy Code, Plaintiff is entitled to a judgment against the Post-Petition Transfer Defendants:  (i) avoiding the Post-Petition Transfers;  (ii) recovering the Post-Petition Transfers and/or their value from the Post-Petition Transfer Defendants;  (iii) preserving the Post-Petition Transfers for the benefit of the Estate;  (iv) disallowing any claim filed by the Post-Petition Transfer Defendants until such time as the Post-Petition Transfers and/or their value is repaid to the Plaintiff;  and (v) awarding any other relief that the Court deems just and proper.

## RESERVATION OF RIGHTS

106.    The Trustee does not waive and instead specifically reserves all of his rights, claims, and defenses as they pertain to the Debtor and any claims or liens that the Defendants may assert against the Estate.  As his investigation continues, the Trustee expressly reserves the right to (i) amend and supplement this Complaint, to, among other things, add new avoidable transfers, or (ii) commence a new action against the Defendants with other claims.

107.    The failure and refusal of the Debtor and Bruce to fully perform their duties under the Bankruptcy Code, including to comply with the Trustee's information and other requests, has equitably tolled the time in which the Trustee may seek to avoid and recover transfers that are not specifically identified in this Complaint.

**WHEREFORE**, for the foregoing reasons, the Trustee respectfully requests that this Court enter judgment against each of the Defendants:

    a.  avoiding the Avoidable Transfers pursuant to sections 544, 547, 548 and 549 of the Bankruptcy Code and NYUVTA sections 273 *et seq.*;

    b.  pursuant to section 550 of the Bankruptcy Code, directing Defendants to pay to Plaintiff an amount to be determined at trial that is not less than the full value of the Avoidable Transfers that each of the Defendants received, plus interest and costs;

    c.  preserving all avoided transfers and liens for the benefit of the Estate pursuant to section 551 of the Bankruptcy Code;

    d.  disallowing any of Defendants' claims in this case pursuant to section 502(d) of the Bankruptcy Code;

    e.  awarding pre-judgment interest at the maximum legal rate running from the date of the Plaintiff's first demand to Defendants to return Avoidable Transfers to the date of judgment with respect to this Complaint (the "Judgment") herein;

f.  awarding post-judgment interest at the maximum
legal rate running from the date of the Judgment until
the date the Judgment is paid in full, plus costs;

g.  awarding attorneys' fees;

h.  requiring Defendants to pay forthwith the amount of
the Judgment;  and

i.  granting Plaintiff such other and further relief as the
Court deems just and proper.

Dated:  New York, New York
        July 17, 2025

ALBERT TOGUT, not individually but
solely in his capacity as Chapter 7 Trustee,
By his Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:
/s/ Neil Berger
NEIL BERGER
BRIAN KREUTTER
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

**EXHIBIT A**

**Rent Ledger**

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | **September 2015** | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 09/01/15 | SYS | BILL | 09/01/15 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 09/01/15 | SYS | BILL | 09/01/15 | REAL ESTATE TAX | 1,059.50 | | | 25,428.39 |
| | 33651 | PAID | 09/14/15 | | | 2000 | 25,428.39 | |
| | | | | **October 2015** | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 10/01/15 | SYS | BILL | 10/01/15 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 10/01/15 | SYS | BILL | 10/01/15 | REAL ESTATE TAX | 1,059.50 | | | 25,428.39 |
| | 33999 | PAID | 10/06/15 | | | 2065 | 25,428.39 | 0.00 |
| | | | | **November 2015** | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/15 | SYS | BILL | 11/01/15 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 11/01/15 | SYS | BILL | 11/01/15 | REAL ESTATE TAX | 1,059.50 | | | 25,428.39 |
| | 34626 | PAID | 11/06/15 | | | 2141 | 25,428.39 | 0.00 |
| | | | | **December 2015** | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/15 | SYS | BILL | 12/01/15 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 12/01/15 | SYS | BILL | 12/01/15 | REAL ESTATE TAX | 1,059.50 | | | 25,428.39 |
| | 35130 | PAID | 12/07/15 | | | 2223 | 25,428.39 | 0.00 |
| | | | | **January 2016** | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 01/01/16 | SYS | BILL | 01/01/16 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 01/01/16 | SYS | BILL | 01/01/16 | REAL ESTATE TAX | 1,059.50 | | | 25,428.39 |
| | 35747 | PAID | 01/12/16 | | | 2315 | 25,428.39 | 0.00 |
| | | | | **February 2016** | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 02/01/16 | SYS | BILL | 02/01/16 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 02/01/16 | SYS | BILL | 02/01/16 | REAL ESTATE TAX | 1,059.50 | | | 25,428.39 |
| | 36181 | PAID | 02/08/16 | | | 2377 | 25,428.39 | 0.00 |
| | | | | **March 2016** | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/16 | SYS | BILL | 03/01/16 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 03/01/16 | SYS | BILL | 03/01/16 | WATER 1/16-2/2016 | 2,732.72 | | | 27,101.61 |
| 03/01/16 | SYS | BILL | 03/01/16 | REAL ESTATE TAX | 583.29 | | | 27,684.90 |
| | 36588 | PAID | 03/03/16 | | | 2456 | 27,684.90 | 0.00 |
| | | | | **April 2016** | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/16 | SYS | BILL | 04/01/16 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 04/01/16 | SYS | BILL | 04/01/16 | REAL ESTATE TAX | 583.29 | | | 24,952.18 |
| | 37155 | PAID | 04/07/16 | | | 2552 | 25,428.39 | -476.21 |
| | | | | **May 2016** | | | | |
| Opening Balance | | | | | | | | -476.21 |
| 05/01/16 | SYS | BILL | 05/01/16 | RETAIL RENT | 24,368.89 | | | 23,892.68 |
| 05/01/16 | SYS | BILL | 05/01/16 | REAL ESTATE TAX | 583.29 | | | 24,475.97 |
| | 37703 | PAID | 05/05/16 | | | 2650 | 24,475.97 | 0.00 |
| | | | | **June 2016** | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 06/01/16 | SYS | BILL | 06/01/16 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 06/01/16 | SYS | BILL | 06/01/16 | NYC WATER 1/6-4/3/16 | 1,302.56 | | | 25,671.45 |
| 06/01/16 | SYS | BILL | 06/01/16 | REAL ESTATE TAX | 1,059.50 | | | 26,730.95 |
| 06/01/16 | SYS | BILL | 06/01/16 | R/E TAX 9/15-5/2016 | 9,108.73 | | | 35,839.68 |
| | 38203 | PAID | 06/06/16 | | | 2735 | 26,254.74 | 9,584.94 |
| | | | | **July 2016** | | | | |
| Opening Balance | | | | | | | | 9,584.94 |
| 07/01/16 | SYS | BILL | 07/01/16 | RETAIL RENT | 24,368.89 | | | 33,953.83 |

FILED: NEW YORK COUNTY CLERK 03/03/2023 03:21 PM INDEX NO. 157015/2021

NYSCEF DOC. NO. 74 RECEIVED NYSCEF: 03/03/2023

Building Number: 5547
Unit Number: 100

Page 2 Of 9
Printed: 03/01/23 at 02:42pm

NEW BLUE FLOWER GOURMENT FOOD INC.

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 07/01/16 | SYS | BILL | 07/01/16 | REAL ESTATE TAX | 1,059.50 | | | 35,013.33 |
| 07/01/16 | SYS | BILL | 07/01/16 | RETAX 716-1216 | 4,458.75 | | | 39,472.08 |
| | 38783 | PAID | 07/12/16 | | | 2840 | 25,428.39 | 14,043.69 |
| | | | August 2016 | | | | | |
| Opening Balance | | | | | | | | 14,043.69 |
| 08/01/16 | SYS | BILL | 08/01/16 | RETAIL RENT | 24,368.89 | | | 38,412.58 |
| 08/01/16 | SYS | BILL | 08/01/16 | REAL ESTATE TAX | 1,059.50 | | | 39,472.08 |
| | | | September 2016 | | | | | |
| Opening Balance | | | | | | | | 39,472.08 |
| 09/01/16 | SYS | BILL | 09/01/16 | RETAIL RENT | 24,368.89 | | | 63,840.97 |
| 09/01/16 | SYS | BILL | 09/01/16 | REAL ESTATE TAX | 1,059.50 | | | 64,900.47 |
| | 39819 | PAID | 09/09/16 | | | 3014 | 64,900.47 | 0.00 |
| | | | October 2016 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 10/01/16 | SYS | BILL | 10/01/16 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 10/01/16 | SYS | BILL | 10/01/16 | REAL ESTATE TAX | 1,059.50 | | | 25,428.39 |
| 10/01/16 | SYS | BILL | 10/01/16 | NYC WTR BD4/3-6/30/1 | 1,406.18 | | | 26,834.57 |
| | 40524 | PAID | 10/17/16 | | | 3116 | 25,428.39 | 1,406.18 |
| | | | November 2016 | | | | | |
| Opening Balance | | | | | | | | 1,406.18 |
| 11/01/16 | SYS | BILL | 11/01/16 | RETAIL RENT | 24,368.89 | | | 25,775.07 |
| 11/01/16 | SYS | BILL | 11/01/16 | REAL ESTATE TAX | 1,059.50 | | | 26,834.57 |
| | 40965 | PAID | 11/09/16 | | | 3183 | 26,834.57 | 0.00 |
| | | | December 2016 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/16 | SYS | BILL | 12/01/16 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 12/01/16 | SYS | BILL | 12/01/16 | REAL ESTATE TAX | 1,059.50 | | | 25,428.39 |
| 12/01/16 | SYS | BILL | 12/01/16 | RETAX 0117-617 | 4,458.75 | | | 29,887.14 |
| | | | January 2017 | | | | | |
| Opening Balance | | | | | | | | 29,887.14 |
| 01/01/17 | SYS | BILL | 01/01/17 | RETAIL RENT | 24,368.89 | | | 54,256.03 |
| 01/01/17 | SYS | BILL | 01/01/17 | RET ADJ 7/16-6/17 | -6,611.62 | | | 47,644.41 |
| | 42261 | PAID | 01/23/17 | | | 3333 | 29,887.14 | 17,757.27 |
| | | | February 2017 | | | | | |
| Opening Balance | | | | | | | | 17,757.27 |
| 02/01/17 | SYS | BILL | 02/01/17 | RETAIL RENT | 24,368.89 | | | 42,126.16 |
| | 42629 | PAID | 02/08/17 | | | 3355 | 17,757.27 | 24,368.89 |
| | | | March 2017 | | | | | |
| Opening Balance | | | | | | | | 24,368.89 |
| 03/01/17 | SYS | BILL | 03/01/17 | RETAIL RENT | 24,368.89 | | | 48,737.78 |
| 03/01/17 | SYS | BILL | 03/01/17 | WATER 8/9-1/23.17 | 1,340.63 | | | 50,078.41 |
| | 43237 | PAID | 03/08/17 | | | 496 | 24,368.89 | 25,709.52 |
| | | | April 2017 | | | | | |
| Opening Balance | | | | | | | | 25,709.52 |
| 04/01/17 | SYS | BILL | 04/01/17 | RETAIL RENT | 24,368.89 | | | 50,078.41 |
| | 43604 | PAID | 04/05/17 | | | 3505 | 25,709.52 | 24,368.89 |
| | | | May 2017 | | | | | |
| Opening Balance | | | | | | | | 24,368.89 |
| 05/01/17 | SYS | BILL | 05/01/17 | RETAIL RENT | 24,368.89 | | | 48,737.78 |
| 05/01/17 | SYS | BILL | 05/01/17 | WATER 1/23-4/6/17 | 5,211.36 | | | 53,949.14 |
| | 44127 | PAID | 05/03/17 | | | 3600 | 24,368.89 | 29,580.25 |
| | | | June 2017 | | | | | |
| Opening Balance | | | | | | | | 29,580.25 |
| 06/01/17 | SYS | BILL | 06/01/17 | RETAIL RENT | 24,368.89 | | | 53,949.14 |
| | 44722 | PAID | 06/06/17 | | | 3688 | 24,368.89 | 29,580.25 |

Building Number: 5547
Unit Number: 100

Page 3 Of 9
NEW BLUE FLOWER GOURMENT FOOD INC.                 Printed: 03/01/23 at 02:42pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | **July 2017** | | | | | |
| Opening Balance | | | | | | | | 29,580.25 |
| 07/01/17 | SYS | BILL | 07/01/17 | RETAIL RENT | 24,368.89 | | | 53,949.14 |
| 07/01/17 | SYS | BILL | 07/01/17 | RETAX 717-1217 | 5,356.75 | | | 59,305.89 |
| | 45577 | PAID | 07/20/17 | | | 3789 | 24,368.89 | 34,937.00 |
| | | | **August 2017** | | | | | |
| Opening Balance | | | | | | | | 34,937.00 |
| 08/01/17 | SYS | BILL | 08/01/17 | RETAIL RENT | 24,368.89 | | | 59,305.89 |
| | 46003 | PAID | 08/10/17 | | | 3846 | 29,580.25 | 29,725.64 |
| | 46253 | PAID | 08/29/17 | | | 3902 | 29,725.64 | 0.00 |
| | | | **September 2017** | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 09/01/17 | SYS | BILL | 09/01/17 | RETAIL RENT | 24,368.89 | | | 24,368.89 |
| 09/01/17 | SYS | BILL | 09/01/17 | WATER 4/6-7/24/17 | 8,142.75 | | | 32,511.64 |
| | 46665 | PAID | 09/18/17 | | | 3975 | 24,368.89 | 8,142.75 |
| | | | **October 2017** | | | | | |
| Opening Balance | | | | | | | | 8,142.75 |
| 10/01/17 | SYS | BILL | 10/01/17 | RETAIL RENT | 24,368.89 | | | 32,511.64 |
| | 47242 | PAID | 10/19/17 | | | 4067 | 24,368.89 | 8,142.75 |
| | | | **November 2017** | | | | | |
| Opening Balance | | | | | | | | 8,142.75 |
| 11/01/17 | SYS | BILL | 11/01/17 | RETAIL RENT | 24,368.89 | | | 32,511.64 |
| 11/01/17 | SYS | BILL | 11/01/17 | WATER 7/24-10/9/2017 | 6,603.03 | | | 39,114.67 |
| | 47822 | PAID | 11/27/17 | | | 4162 | 24,368.89 | 14,745.78 |
| | | | **December 2017** | | | | | |
| Opening Balance | | | | | | | | 14,745.78 |
| 12/01/17 | SYS | BILL | 12/01/17 | RETAIL RENT | 24,368.89 | | | 39,114.67 |
| 12/01/17 | SYS | BILL | 12/01/17 | RETAX 118-618 | 5,356.75 | | | 44,471.42 |
| | 48178A | PAID | 12/11/17 | | | 103 | 10,000.00 | 34,471.42 |
| | 48178C | PAID | 12/11/17 | | | 4209 | 14,368.89 | 20,102.53 |
| | 48178B | PAID | 12/11/17 | | | 508 | 14,745.78 | 5,356.75 |
| | | | **January 2018** | | | | | |
| Opening Balance | | | | | | | | 5,356.75 |
| 01/01/18 | SYS | BILL | 01/01/18 | RETAIL RENT | 24,368.89 | | | 29,725.64 |
| 01/01/18 | SYS | BILL | 01/01/18 | RET ADJ 17-18 | -197.94 | | | 29,527.70 |
| | 48666 | PAID | 01/09/18 | | | 4273 | 29,527.70 | 0.00 |
| | | | **February 2018** | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 02/01/18 | SYS | BILL | 02/01/18 | RETAIL RENT | 26,805.78 | | | 26,805.78 |
| 02/01/18 | SYS | BILL | 02/01/18 | LEGAL FEES INV#534 | 131.78 | | | 26,937.56 |
| 02/01/18 | SYS | BILL | 02/01/18 | LEGAL FEES INV#536 | 1,119.40 | | | 28,056.96 |
| 02/01/18 | SYS | BILL | 02/01/18 | WATER 10/09-01/17/18 | 7,994.70 | | | 36,051.66 |
| | 49315 | PAID | 02/09/18 | | | 4369 | 26,805.78 | 9,245.88 |
| | | | **March 2018** | | | | | |
| Opening Balance | | | | | | | | 9,245.88 |
| 03/01/18 | SYS | BILL | 03/01/18 | RETAIL RENT | 26,805.78 | | | 36,051.66 |
| | 49966 | PAID | 03/28/18 | | | 4494 | 16,805.78 | 19,245.88 |
| | | | **April 2018** | | | | | |
| Opening Balance | | | | | | | | 19,245.88 |
| 04/01/18 | SYS | BILL | 04/01/18 | RETAIL RENT | 26,805.78 | | | 46,051.66 |
| | 50143 | PAID | 04/05/18 | | | 4501 | 10,000.00 | 36,051.66 |
| | 50295 | PAID | 04/16/18 | | | 4538 | 26,805.78 | 9,245.88 |
| | | | **May 2018** | | | | | |
| Opening Balance | | | | | | | | 9,245.88 |
| 05/01/18 | SYS | BILL | 05/01/18 | RETAIL RENT | 26,805.78 | | | 36,051.66 |
| 05/01/18 | SYS | BILL | 05/01/18 | WATER 1/17-4/6/2018 | 5,556.81 | | | 41,608.47 |

Building Number: 5547
Unit Number: 100

NEW BLUE FLOWER GOURMENT FOOD INC.

Page 4 of 9
Printed: 03/01/23 at 02:42pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 50835A | PAID | 05/15/18 | | | 4612 | 16,805.78 | 24,802.69 |
| | 50835B | PAID | 05/15/18 | | | 114951255 | 10,000.00 | 14,802.69 |
| | | | June 2018 | | | | | |
| Opening Balance | | | | | | | | 14,802.69 |
| 06/01/18 | SYS | BILL | 06/01/18 | RETAIL RENT | 26,805.78 | | | 41,608.47 |
| | 51308 | PAID | 06/13/18 | | | 4696 | 26,805.78 | 14,802.69 |
| | | | July 2018 | | | | | |
| Opening Balance | | | | | | | | 14,802.69 |
| 07/01/18 | SYS | BILL | 07/01/18 | RETAIL RENT | 26,805.78 | | | 41,608.47 |
| 07/01/18 | SYS | BILL | 07/01/18 | RETAX 718-1218 | 5,874.09 | | | 47,482.56 |
| 07/01/18 | SYS | BILL | 07/01/18 | LEGAL FEES Inv#5488 | 1,371.20 | | | 48,853.76 |
| | 51755 | PAID | 07/16/18 | | | 4783 | 26,805.78 | 22,047.98 |
| | | | August 2018 | | | | | |
| Opening Balance | | | | | | | | 22,047.98 |
| 08/01/18 | SYS | BILL | 08/01/18 | RETAIL RENT | 26,805.78 | | | 48,853.76 |
| 08/01/18 | SYS | BILL | 08/01/18 | WATER 4/6-7/10/18 | 8,437.70 | | | 57,291.46 |
| 08/01/18 | SYS | BILL | 08/01/18 | LEGAL FEES INV#5511 | 1,760.00 | | | 59,051.46 |
| | 52237 | PAID | 08/13/18 | | | 4881 | 26,805.78 | 32,245.68 |
| | | | September 2018 | | | | | |
| Opening Balance | | | | | | | | 32,245.68 |
| 09/01/18 | SYS | BILL | 09/01/18 | RETAIL RENT | 26,805.78 | | | 59,051.46 |
| 09/01/18 | SYS | BILL | 09/01/18 | LEGAL FEES INV#5539 | 430.00 | | | 59,481.46 |
| | 52816 | PAID | 09/13/18 | | | 4981 | 26,805.78 | 32,675.68 |
| | | | October 2018 | | | | | |
| Opening Balance | | | | | | | | 32,675.68 |
| 10/01/18 | SYS | BILL | 10/01/18 | RETAIL RENT | 26,805.78 | | | 59,481.46 |
| 10/01/18 | SYS | BILL | 10/01/18 | LEGAL FEES Inv#5564 | 2,000.00 | | | 61,481.46 |
| | 53165 | PAID | 10/04/18 | | | 5070 | 32,679.87 | 28,801.59 |
| | | | November 2018 | | | | | |
| Opening Balance | | | | | | | | 28,801.59 |
| 11/01/18 | SYS | BILL | 11/01/18 | RETAIL RENT | 26,805.78 | | | 55,607.37 |
| 11/01/18 | SYS | BILL | 11/01/18 | WATER 7/10-10/17/18 | 10,847.40 | | | 66,454.77 |
| | 53766 | PAID | 11/06/18 | | | 5252 | 26,805.78 | 39,648.99 |
| | | | December 2018 | | | | | |
| Opening Balance | | | | | | | | 39,648.99 |
| 12/01/18 | SYS | BILL | 12/01/18 | RETAIL RENT | 26,805.78 | | | 66,454.77 |
| 12/01/18 | SYS | BILL | 12/01/18 | RE TAX 119-619 | 5,874.09 | | | 72,328.86 |
| 12/01/18 | SYS | BILL | 12/01/18 | LEGAL FEESINV#1314 | 495.00 | | | 72,823.86 |
| 12/01/18 | 54159 | ADJ | 12/06/18 | NYC WATER BD 7/5-10 | 1,409.09 | 5373 | | 74,232.95 |
| | 54056 | PAID | 12/03/18 | | | 5406 | 26,805.78 | 47,427.17 |
| | 54159 | PAID | 12/06/18 | | | 5373 | 1,409.09 | 46,018.08 |
| | | | January 2019 | | | | | |
| Opening Balance | | | | | | | | 46,018.08 |
| 01/01/19 | SYS | BILL | 01/01/19 | RETAIL RENT | 26,805.78 | | | 72,823.86 |
| 01/01/19 | SYS | BILL | 01/01/19 | LEGAL FEES INV#5639 | 3,720.00 | | | 76,543.86 |
| | 54757 | PAID | 01/11/19 | | | 5568 | 26,805.78 | 49,738.08 |
| | | | February 2019 | | | | | |
| Opening Balance | | | | | | | | 49,738.08 |
| 02/01/19 | SYS | BILL | 02/01/19 | RETAIL RENT | 26,805.78 | | | 76,543.86 |
| 02/01/19 | SYS | BILL | 02/01/19 | WATER 10/17-1/2/2019 | 7,201.30 | | | 83,745.16 |
| | 55465 | PAID | 02/22/19 | | | 5641 | 7,874.09 | 75,871.07 |
| | | | March 2019 | | | | | |
| Opening Balance | | | | | | | | 75,871.07 |
| 03/01/19 | SYS | BILL | 03/01/19 | RETAIL RENT | 26,805.78 | | | 102,676.85 |
| | 55905B | PAID | 03/14/19 | | | 5660 | 17,611.56 | 85,065.29 |
| | 55905A | PAID | 03/14/19 | | | 1125 | 16,000.00 | 69,065.29 |

Building Number: 5547
Unit Number: 100

NEW BLUE FLOWER GOURMENT FOOD INC.

Page 5 Of 9
Printed: 03/01/23 at 02:42pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | April 2019 | | | | | |
| Opening Balance | | | | | | | | 69,065.29 |
| 04/01/19 | SYS | BILL | 04/01/19 | RETAIL RENT | 26,805.78 | | | 95,871.07 |
| 04/01/19 | SYS | BILL | 04/01/19 | LEGAL FEES INV#5711 | 1,560.00 | | | 97,431.07 |
| 04/01/19 | SYS | BILL | 04/01/19 | LEGAL FEES INV#5689 | 1,350.00 | | | 98,781.07 |
| | 56362 | PAID | 04/11/19 | | | 5686 | 26,805.78 | 71,975.29 |
| | | | May 2019 | | | | | |
| Opening Balance | | | | | | | | 71,975.29 |
| 05/01/19 | SYS | BILL | 05/01/19 | RETAIL RENT | 26,805.78 | | | 98,781.07 |
| 05/01/19 | SYS | BILL | 05/01/19 | WATER 1/2-4/1/2019 | 7,474.00 | | | 106,255.07 |
| 05/01/19 | SYS | BILL | 05/01/19 | LEGAL FEES INV#5737 | 1,000.00 | | | 107,255.07 |
| | | | June 2019 | | | | | |
| Opening Balance | | | | | | | | 107,255.07 |
| 06/01/19 | SYS | BILL | 06/01/19 | RETAIL RENT | 26,805.78 | | | 134,060.85 |
| 06/01/19 | SYS | BILL | 06/01/19 | LEGAL FEES INV#576 | 3,410.00 | | | 137,470.85 |
| | | | July 2019 | | | | | |
| Opening Balance | | | | | | | | 137,470.85 |
| 07/01/19 | SYS | BILL | 07/01/19 | RETAIL RENT | 26,805.78 | | | 164,276.63 |
| 07/01/19 | SYS | BILL | 07/01/19 | ECB VIOLATIONS | 4,500.00 | | | 168,776.63 |
| 07/01/19 | SYS | BILL | 07/01/19 | RETAX 719-1219 | 6,486.04 | | | 175,262.67 |
| 07/01/19 | SYS | BILL | 07/01/19 | LEGAL FEES INV#213 | 1,500.00 | | | 176,762.67 |
| 07/01/19 | SYS | BILL | 07/01/19 | LEGAL FEES INV#5784 | 2,000.00 | | | 178,762.67 |
| | 58985 | Reapplied | 07/10/19 | | | | 0.00 | 178,762.67 |
| | 57644B | PAID | 07/10/19 | | | 12107 | 45,000.00 | 133,762.67 |
| | 57644A | PAID | 07/10/19 | | | 8420 | 62,887.73 | 70,874.94 |
| | 57792 | PAID | 07/15/19 | | | 11809 | 26,805.78 | 44,069.16 |
| | | | August 2019 | | | | | |
| Opening Balance | | | | | | | | 44,069.16 |
| 08/01/19 | SYS | BILL | 08/01/19 | RETAIL RENT | 26,805.78 | | | 70,874.94 |
| 08/01/19 | SYS | BILL | 08/01/19 | LEGAL FEES INV#5800 | 2,760.00 | | | 73,634.94 |
| 08/01/19 | SYS | BILL | 08/01/19 | LEGAL FEES INV#5390 | 160.00 | | | 73,794.94 |
| | 58440A | PAID | 08/26/19 | | | 1014 | 26,805.78 | 46,989.16 |
| | 58440B | PAID | 08/26/19 | | | 1012 | 26,805.78 | 20,183.38 |
| | 58902 | Reapplied | 08/26/19 | | | | 0.00 | 20,183.38 |
| | | | September 2019 | | | | | |
| Opening Balance | | | | | | | | 20,183.38 |
| 09/01/19 | SYS | BILL | 09/01/19 | RETAIL RENT | 26,805.78 | | | 46,989.16 |
| | 58734 | PAID | 09/11/19 | | | 5919 | 26,805.78 | 20,183.38 |
| | 58903 | PAID | 09/24/19 | | | 5897 | 6,486.04 | 13,697.34 |
| | | | October 2019 | | | | | |
| Opening Balance | | | | | | | | 13,697.34 |
| 10/01/19 | SYS | BILL | 10/01/19 | RETAIL RENT | 26,805.78 | | | 40,503.12 |
| 10/01/19 | SYS | BILL | 10/01/19 | WATER 4/1-7/24/2019 | 8,839.28 | | | 49,342.40 |
| 10/01/19 | 58987 | ADJ | 10/01/19 | ADJ.WATER 1/2-4/1/19 | -7,474.00 | | | 41,868.40 |
| 10/01/19 | 59076 | ADJ | 10/02/19 | WATER 1/2-4/1/19 | 7,474.00 | | | 49,342.40 |
| 10/01/19 | 60579 | ADJ | 10/02/19 | WATER METER | -7,474.00 | | | 41,868.40 |
| | 58987 | Reapplied | 10/01/19 | | | | 0.00 | 41,868.40 |
| | 59269A | PAID | 10/11/19 | | | 1005 | 8,839.28 | 33,029.12 |
| | 59269B | PAID | 10/11/19 | | | 1160 | 26,805.78 | 6,223.34 |
| | | | November 2019 | | | | | |
| Opening Balance | | | | | | | | 6,223.34 |
| 11/01/19 | SYS | BILL | 11/01/19 | RETAIL RENT | 26,805.78 | | | 33,029.12 |
| 11/01/19 | SYS | BILL | 11/01/19 | LEGAL FEES INV#5390 | 160.00 | | | 33,189.12 |
| 11/01/19 | SYS | BILL | 11/01/19 | LEGAL FEES INV#583 | 2,779.65 | | | 35,968.77 |
| 11/01/19 | SYS | BILL | 11/01/19 | LEGAL FEES INV#5885 | 903.40 | | | 36,872.17 |
| | 59761A | PAID | 11/11/19 | | | 1229 | 17,805.78 | 19,066.39 |

Building Number: 5547
Unit Number: 100

NEW BLUE FLOWER GOURMENT FOOD INC.

Page 6 Of 9
Printed: 03/01/23 at 02:42pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 59761B | PAID | 11/11/19 | | | 1152 | 9,000.00 | 10,066.39 |
| | | | **December 2019** | | | | | |
| Opening Balance | | | | | | | | 10,066.39 |
| 12/01/19 | SYS | BILL | 12/01/19 | RETAIL RENT | 26,805.78 | | | 36,872.17 |
| 12/01/19 | SYS | BILL | 12/01/19 | RETAX 120-620 | 6,486.04 | | | 43,358.21 |
| 12/01/19 | SYS | BILL | 12/01/19 | LEGAL FEES INV#590! | 830.00 | | | 44,188.21 |
| 12/01/19 | 60628 | ADJ | 12/02/19 | ECB VIOLATIONS JUL | 4,500.00 | | | 48,688.21 |
| | 60148 | PAID | 12/09/19 | | | 1274 | 26,805.78 | 21,882.43 |
| | | | **January 2020** | | | | | |
| Opening Balance | | | | | | | | 21,882.43 |
| 01/01/20 | SYS | BILL | 01/01/20 | RETAIL RENT | 26,805.78 | | | 48,688.21 |
| | 60711 | PAID | 01/13/20 | | | 1328 | 26,805.78 | 21,882.43 |
| | | | **February 2020** | | | | | |
| Opening Balance | | | | | | | | 21,882.43 |
| 02/01/20 | SYS | BILL | 02/01/20 | RETAIL RENT | 26,805.78 | | | 48,688.21 |
| 02/01/20 | SYS | BILL | 02/01/20 | RET ADJ 19-20 | 81.25 | | | 48,769.46 |
| 02/01/20 | SYS | BILL | 02/01/20 | WATER 7/24-1/16/2020 | 12,013.79 | | | 60,783.25 |
| | 61206 | PAID | 02/10/20 | | | 1374 | 26,805.78 | 33,977.47 |
| | 61380A | PAID | 02/26/20 | | | 1418 | 11,540.54 | 22,436.93 |
| | 61380B | PAID | 02/26/20 | | | 1419 | 11,540.54 | 10,896.39 |
| | | | **March 2020** | | | | | |
| Opening Balance | | | | | | | | 10,896.39 |
| 03/01/20 | SYS | BILL | 03/01/20 | RETAIL RENT | 26,805.78 | | | 37,702.17 |
| 03/01/20 | SYS | BILL | 03/01/20 | FEBRUARY LATE CHA | 1,698.87 | | | 39,401.04 |
| | 61476 | NSF | 03/03/20 | | | 1419 | -11,540.54 | 50,941.58 |
| | 61705 | PAID | 03/11/20 | | | 1454 | 26,805.78 | 24,135.80 |
| | | | **April 2020** | | | | | |
| Opening Balance | | | | | | | | 24,135.80 |
| 04/01/20 | SYS | BILL | 04/01/20 | RETAIL RENT | 26,805.78 | | | 50,941.58 |
| 04/01/20 | SYS | BILL | 04/01/20 | NSF Fee | 150.00 | | | 51,091.58 |
| | | | **May 2020** | | | | | |
| Opening Balance | | | | | | | | 51,091.58 |
| 05/01/20 | SYS | BILL | 05/01/20 | RETAIL RENT | 26,805.78 | | | 77,897.36 |
| 05/01/20 | SYS | BILL | 05/01/20 | LEGAL FEES INV#597( | 240.00 | | | 78,137.36 |
| | 62602 | PAID | 05/19/20 | | | 1419 | 11,540.54 | 66,596.82 |
| | 62661 | NSF | 05/26/20 | | | 1419 | -11,540.54 | 78,137.36 |
| | | | **June 2020** | | | | | |
| Opening Balance | | | | | | | | 78,137.36 |
| 06/01/20 | SYS | BILL | 06/01/20 | RETAIL RENT | 26,805.78 | | | 104,943.14 |
| 06/01/20 | SYS | BILL | 06/01/20 | NSF Fee | 150.00 | | | 105,093.14 |
| | | | **July 2020** | | | | | |
| Opening Balance | | | | | | | | 105,093.14 |
| 07/01/20 | SYS | BILL | 07/01/20 | RETAIL RENT | 26,805.78 | | | 131,898.92 |
| 07/01/20 | SYS | BILL | 07/01/20 | RETAX 720-1220 | 7,388.18 | | | 139,287.10 |
| | | | **August 2020** | | | | | |
| Opening Balance | | | | | | | | 139,287.10 |
| 08/01/20 | SYS | BILL | 08/01/20 | RETAIL RENT | 26,805.78 | | | 166,092.88 |
| | | | **September 2020** | | | | | |
| Opening Balance | | | | | | | | 166,092.88 |
| 09/01/20 | SYS | BILL | 09/01/20 | RETAIL RENT | 26,805.78 | | | 192,898.66 |
| 09/01/20 | SYS | BILL | 09/01/20 | LATE FEE MARCH-AU | 28,191.89 | | | 221,090.55 |
| | 64357G | PAID | 09/25/20 | | | 1703 | 10,722.31 | 210,368.24 |
| | 64357A | PAID | 09/25/20 | | | 1697 | 11,540.54 | 198,827.70 |
| | 64357B | PAID | 09/25/20 | | | 1698 | 5,361.25 | 193,466.45 |
| | 64357C | PAID | 09/25/20 | | | 1699 | 5,361.25 | 188,105.20 |
| | 64357D | PAID | 09/25/20 | | | 1700 | 5,361.15 | 182,744.05 |

FILED: NEW YORK COUNTY CLERK 03/03/2023 03:21 PM INDEX NO. 157015/2021
NYSCEF DOC. NO. 745 RECEIVED NYSCEF: 03/03/2023
Building Number: 5547
Unit Number: 100
Page 7 Of 9
Printed: 03/01/23 at 02:42pm

NEW BLUE FLOWER GOURMENT FOOD INC.

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 64357E | PAID | 09/25/20 | | | 1701 | 5,361.15 | 177,382.90 |
| | 64357F | PAID | 09/25/20 | | | 1702 | 10,722.31 | 166,660.59 |
| | 64357H | PAID | 09/25/20 | | | 1703 | 10,722.31 | 155,938.28 |
| | 64359 | PAID | 09/25/20 | | | 1704 | 10,722.31 | 145,215.97 |
| | 64358 | Reversed | 09/28/20 | | | 1703 | -10,722.31 | 155,938.28 |
| | | | **October 2020** | | | | | |
| Opening Balance | | | | | | | | 155,938.28 |
| 10/01/20 | SYS | BILL | 10/01/20 | RETAIL RENT | 26,805.78 | | | 182,744.06 |
| 10/01/20 | 64874 | ADJ | 10/01/20 | RETAIL RENT CR | 10,722.31 | | | 193,466.37 |
| 09/00/00 | 64874 | ADJ | 10/01/20 | RETAIL RENT CR | -10,722.31 | | | 182,744.06 |
| | 64874 | Reapplied | 10/01/20 | | | | 0.00 | 182,744.06 |
| | 64418 | Reapplied | 10/01/20 | | | EOM | 0.00 | 182,744.06 |
| | | | **November 2020** | | | | | |
| Opening Balance | | | | | | | | 182,744.06 |
| 11/01/20 | SYS | BILL | 11/01/20 | RETAIL RENT | 26,805.78 | | | 209,549.84 |
| | 64875 | PAID | 11/03/20 | | | 1775 | 10,722.31 | 198,827.53 |
| | | | **December 2020** | | | | | |
| Opening Balance | | | | | | | | 198,827.53 |
| 12/01/20 | SYS | BILL | 12/01/20 | RETAIL RENT | 26,805.78 | | | 225,633.31 |
| 12/01/20 | SYS | BILL | 12/01/20 | RETAX 121-621 | 7,388.18 | | | 233,021.49 |
| | 65316 | PAID | 12/03/20 | | | 1838 | 10,722.31 | 222,299.18 |
| | | | **January 2021** | | | | | |
| Opening Balance | | | | | | | | 222,299.18 |
| 01/01/21 | SYS | BILL | 01/01/21 | RETAIL RENT | 26,805.78 | | | 249,104.96 |
| 01/01/21 | SYS | BILL | 01/01/21 | RET ADJ 20-21 | 579.95 | | | 249,684.91 |
| 01/01/21 | SYS | BILL | 01/01/21 | LEGAL FEES INV#6247 | 187.70 | | | 249,872.61 |
| | 65715 | PAID | 01/05/21 | | | 1901 | 10,722.31 | 239,150.30 |
| | | | **February 2021** | | | | | |
| Opening Balance | | | | | | | | 239,150.30 |
| 02/01/21 | SYS | BILL | 02/01/21 | RETAIL RENT | 29,486.36 | | | 268,636.66 |
| 02/01/21 | SYS | BILL | 02/01/21 | WATER 11/9-1/8/2021 | 4,493.55 | | | 273,130.21 |
| 02/01/21 | SYS | BILL | 02/01/21 | WATER1/16/20-8/21/20 | 9,730.86 | | | 282,861.07 |
| 02/01/21 | SYS | BILL | 02/01/21 | WATER8/21/20-11/9/20 | 6,962.42 | | | 289,823.49 |
| | 66224 | PAID | 02/09/21 | | | 1971 | 11,794.54 | 278,028.95 |
| | | | **March 2021** | | | | | |
| Opening Balance | | | | | | | | 278,028.95 |
| 03/01/21 | SYS | BILL | 03/01/21 | RETAIL RENT | 29,486.36 | | | 307,515.31 |
| | 66664 | PAID | 03/08/21 | | | 2027 | 11,794.54 | 295,720.77 |
| | | | **April 2021** | | | | | |
| Opening Balance | | | | | | | | 295,720.77 |
| 04/01/21 | SYS | BILL | 04/01/21 | RETAIL RENT | 29,486.36 | | | 325,207.13 |
| 04/01/21 | 67005 | ADJ | 04/01/21 | SECURITY DEPOSIT | -47,900.00 | | | 277,307.13 |
| 04/01/21 | 67005 | ADJ | 04/01/21 | SEC DEP REPLEN | 47,900.00 | | | 325,207.13 |
| | 67005 | Reapplied | 04/01/21 | | | | 0.00 | 325,207.13 |
| | 67083 | PAID | 04/05/21 | | | 2102 | 11,794.54 | 313,412.59 |
| | | | **May 2021** | | | | | |
| Opening Balance | | | | | | | | 313,412.59 |
| 05/01/21 | SYS | BILL | 05/01/21 | RETAIL RENT | 29,486.36 | | | 342,898.95 |
| 05/01/21 | SYS | BILL | 05/01/21 | LEGAL FEES INV#621 | 175.00 | | | 343,073.95 |
| | 67559 | PAID | 05/11/21 | | | 2192 | 11,794.54 | 331,279.41 |
| | | | **June 2021** | | | | | |
| Opening Balance | | | | | | | | 331,279.41 |
| 06/01/21 | SYS | BILL | 06/01/21 | RETAIL RENT | 29,486.36 | | | 360,765.77 |
| 06/01/21 | SYS | BILL | 06/01/21 | WATER 1/8-4/22/2021 | 4,008.04 | | | 364,773.81 |
| 06/01/21 | SYS | BILL | 06/01/21 | LEGAL FEES INV#638 | 153.00 | | | 364,926.81 |
| | 67959 | PAID | 06/09/21 | | | 2279 | 11,794.54 | 353,132.27 |

Building Number: 5547
Unit Number: 100

NEW BLUE FLOWER GOURMENT FOOD INC.

Page 8 Of 9
Printed: 03/01/23 at 02:42pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | **July 2021** | | | | | |
| Opening Balance | | | | | | | | 353,132.27 |
| 07/01/21 | SYS | BILL | 07/01/21 | RETAIL RENT | 29,486.36 | | | 382,618.63 |
| 07/01/21 | SYS | BILL | 07/01/21 | LEGAL FEE INV#10668 | 2,893.75 | | | 385,512.38 |
| 07/01/21 | SYS | BILL | 07/01/21 | RETAX 721-1221 | 4,767.78 | | | 390,280.16 |
| | 68439 | PAID | 07/14/21 | | | 2366 | 14,006.02 | 376,274.14 |
| | | | **August 2021** | | | | | |
| Opening Balance | | | | | | | | 376,274.14 |
| 08/01/21 | SYS | BILL | 08/01/21 | RETAIL RENT | 29,486.36 | | | 405,760.50 |
| 08/01/21 | SYS | BILL | 08/01/21 | LEGAL FEE INV#10716 | 256.25 | | | 406,016.75 |
| 08/01/21 | SYS | BILL | 08/01/21 | WATER 4/22-7/13/2021 | 3,340.56 | | | 409,357.31 |
| | 68828 | PAID | 08/11/21 | | | 2456 | 14,743.18 | 394,614.13 |
| | | | **September 2021** | | | | | |
| Opening Balance | | | | | | | | 394,614.13 |
| 09/01/21 | SYS | BILL | 09/01/21 | RETAIL RENT | 29,486.36 | | | 424,100.49 |
| 09/01/21 | SYS | BILL | 09/01/21 | LEGAL FEE INV#10778 | 162.50 | | | 424,262.99 |
| | 69219 | PAID | 09/13/21 | | | 2528 | 14,743.18 | 409,519.81 |
| | | | **October 2021** | | | | | |
| Opening Balance | | | | | | | | 409,519.81 |
| 10/01/21 | SYS | BILL | 10/01/21 | RETAIL RENT | 29,486.36 | | | 439,006.17 |
| 10/01/21 | SYS | BILL | 10/01/21 | LEGAL FEE INV#10829 | 2,245.03 | | | 441,251.20 |
| | 69651 | PAID | 10/14/21 | | | 2606 | 14,743.18 | 426,508.02 |
| | | | **November 2021** | | | | | |
| Opening Balance | | | | | | | | 426,508.02 |
| 11/01/21 | SYS | BILL | 11/01/21 | RETAIL RENT | 29,486.36 | | | 455,994.38 |
| 11/01/21 | SYS | BILL | 11/01/21 | LEGAL FEE INV#10877 | 1,243.75 | | | 457,238.13 |
| | 70191 | PAID | 11/18/21 | | | 2675 | 14,743.18 | 442,494.95 |
| | | | **December 2021** | | | | | |
| Opening Balance | | | | | | | | 442,494.95 |
| 12/01/21 | SYS | BILL | 12/01/21 | RETAIL RENT | 29,486.36 | | | 471,981.31 |
| 12/01/21 | SYS | BILL | 12/01/21 | RETAX 122-622 | 4,767.78 | | | 476,749.09 |
| 12/01/21 | SYS | BILL | 12/01/21 | WATER 7/13-11/4/21 | 7,978.72 | | | 484,727.81 |
| | 70568 | PAID | 12/14/21 | | | 2753 | 14,743.18 | 469,984.63 |
| | | | **January 2022** | | | | | |
| Opening Balance | | | | | | | | 469,984.63 |
| 01/01/22 | SYS | BILL | 01/01/22 | RETAIL RENT | 29,486.36 | | | 499,470.99 |
| | 70969 | PAID | 01/12/22 | | | 3069 | 14,743.18 | 484,727.81 |
| | | | **February 2022** | | | | | |
| Opening Balance | | | | | | | | 484,727.81 |
| 02/01/22 | SYS | BILL | 02/01/22 | RETAIL RENT | 29,486.36 | | | 514,214.17 |
| 02/01/22 | SYS | BILL | 02/01/22 | LEGAL FEE INV#10924 | 162.50 | | | 514,376.67 |
| 02/01/22 | SYS | BILL | 02/01/22 | LEGAL FEE INV#10988 | 162.50 | | | 514,539.17 |
| | 71414 | PAID | 02/10/22 | | | 3142 | 14,743.18 | 499,795.99 |
| | | | **March 2022** | | | | | |
| Opening Balance | | | | | | | | 499,795.99 |
| 03/01/22 | SYS | BILL | 03/01/22 | RETAIL RENT | 29,486.36 | | | 529,282.35 |
| 03/01/22 | SYS | BILL | 03/01/22 | WATER 11/4-2/2/2022 | 5,103.41 | | | 534,385.76 |
| | 71992 | PAID | 03/23/22 | | | 3276 | 14,743.18 | 519,642.58 |
| | | | **April 2022** | | | | | |
| Opening Balance | | | | | | | | 519,642.58 |
| 04/01/22 | SYS | BILL | 04/01/22 | RETAIL RENT | 29,486.36 | | | 549,128.94 |
| 04/01/22 | SYS | BILL | 04/01/22 | LEGAL FEE INV#11137 | 93.75 | | | 549,222.69 |
| | 72335 | PAID | 04/14/22 | | | 3251 | 14,743.18 | 534,479.51 |
| | | | **May 2022** | | | | | |
| Opening Balance | | | | | | | | 534,479.51 |
| 05/01/22 | SYS | BILL | 05/01/22 | RETAIL RENT | 29,486.36 | | | 563,965.87 |

**FILED: NEW YORK COUNTY CLERK 03/03/2023 03:21 PM** INDEX NO. 157015/2021

NYSCEF DOC. NO. 745 RECEIVED NYSCEF: 03/03/2023

Building Number: 5547
Unit Number: 100

NEW BLUE FLOWER GOURMENT FOOD INC.

Page 9 Of 9
Printed: 03/01/23 at 02:42pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/01/22 | SYS | BILL | 05/01/22 | LEGAL FEE INV#11137 | 93.75 | | | 564,059.62 |
| | 72846 | PAID | 05/11/22 | | | 3345 | 14,743.18 | 549,316.44 |
| | | | **June 2022** | | | | | |
| Opening Balance | | | | | | | | 549,316.44 |
| 06/01/22 | SYS | BILL | 06/01/22 | RETAIL RENT | 29,486.36 | | | 578,802.80 |
| 06/01/22 | SYS | BILL | 06/01/22 | LEGAL FEE INV#11209 | 1,056.25 | | | 579,859.05 |
| 06/01/22 | SYS | BILL | 06/01/22 | LEGAL FEE INV#11270 | 2,275.00 | | | 582,134.05 |
| 06/01/22 | SYS | BILL | 06/01/22 | RET ADJ. 21-22 | 192.27 | | | 582,326.32 |
| | | | **July 2022** | | | | | |
| Opening Balance | | | | | | | | 582,326.32 |
| 07/01/22 | SYS | BILL | 07/01/22 | RETAIL RENT | 29,486.36 | | | 611,812.68 |
| 07/01/22 | SYS | BILL | 07/01/22 | RETAX 722-1222 | 4,144.14 | | | 615,956.82 |
| | | | **August 2022** | | | | | |
| Opening Balance | | | | | | | | 615,956.82 |
| 08/01/22 | SYS | BILL | 08/01/22 | RETAIL RENT | 29,486.36 | | | 645,443.18 |
| 08/01/22 | SYS | BILL | 08/01/22 | LEGAL FEE INV#11325 | 1,137.50 | | | 646,580.68 |
| | | | **September 2022** | | | | | |
| Opening Balance | | | | | | | | 646,580.68 |
| 09/01/22 | SYS | BILL | 09/01/22 | RETAIL RENT | 29,486.36 | | | 676,067.04 |
| 09/01/22 | SYS | BILL | 09/01/22 | WATER 2/2-4/27/2022 | 4,424.37 | | | 680,491.41 |
| 09/01/22 | SYS | BILL | 09/01/22 | WATER 4/27-8/3/2022 | 6,515.31 | | | 687,006.72 |
| 09/01/22 | SYS | BILL | 09/01/22 | LEGAL FEE ROSE & R | 2,712.50 | | | 689,719.22 |
| | | | **October 2022** | | | | | |
| Opening Balance | | | | | | | | 689,719.22 |
| 10/01/22 | SYS | BILL | 10/01/22 | RETAIL RENT | 29,486.36 | | | 719,205.58 |
| | | | **November 2022** | | | | | |
| Opening Balance | | | | | | | | 719,205.58 |
| 11/01/22 | SYS | BILL | 11/01/22 | RETAIL RENT | 29,486.36 | | | 748,691.94 |
| 11/01/22 | SYS | BILL | 11/01/22 | WASTE CONNECTION | 968.98 | | | 749,660.92 |
| 11/01/22 | SYS | BILL | 11/01/22 | LEGAL FEES ROSE&R | 4,218.75 | | | 753,879.67 |
| | | | **December 2022** | | | | | |
| Opening Balance | | | | | | | | 753,879.67 |
| 12/01/22 | SYS | BILL | 12/01/22 | RETAIL RENT | 29,486.36 | | | 783,366.03 |
| 12/01/22 | SYS | BILL | 12/01/22 | RETAX 123-623 | 4,144.14 | | | 787,510.17 |
| 12/01/22 | SYS | BILL | 12/01/22 | WATER 8/3-11/8/2022 | 7,005.60 | | | 794,515.77 |
| | | | **January 2023** | | | | | |
| Opening Balance | | | | | | | | 794,515.77 |
| 01/01/23 | SYS | BILL | 01/01/23 | RETAIL RENT | 29,486.36 | | | 824,002.13 |
| | | | **February 2023** | | | | | |
| Opening Balance | | | | | | | | 824,002.13 |
| 02/01/23 | SYS | BILL | 02/01/23 | RETAIL RENT | 29,486.36 | | | 853,488.49 |
| 02/01/23 | SYS | BILL | 02/01/23 | LEGAL FEE INV#11640 | 562.50 | | | 854,050.99 |
| 02/01/23 | SYS | BILL | 02/01/23 | LEGAL FEE INV#11689 | 281.25 | | | 854,332.24 |
| 02/01/23 | SYS | BILL | 02/01/23 | RET ADJ. 1/23-6/23 | -328.71 | | | 854,003.53 |
| | 76715 | Reapplied | 02/01/23 | | | EOM | 0.00 | 854,003.53 |
| | | | **March 2023** | | | | | |
| Opening Balance | | | | | | | | 854,003.53 |
| 03/01/23 | SYS | BILL | 03/01/23 | RETAIL RENT | 29,486.36 | | | 883,489.89 |
| 03/01/23 | SYS | BILL | 03/01/23 | LEGAL FEE INV#11752 | 3,608.85 | | | 887,098.74 |
| 03/01/23 | SYS | BILL | 03/01/23 | WATER 11/8-2/8/23 | 5,882.48 | | | 892,981.22 |

## EXHIBIT B

**Transfers to or for the benefit of 405 Bakery**

Exhibit B - Transfers for the benefit of 405 Bakery

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| **Payments During Period of** | | | | |
| **May 01, 2020 – July 31, 2022 (Pre-Petition Transfers)** | | | | |
| Commitment fee | NM 4719 | 02/02/22 | EFT | $22,000.00 |
| Miscellaneous Debit | NM 4719 | 04/04/22 | Misc. Debit | $5,198.92 |
| Miscellaneous Debit | NM 4719 | 04/04/22 | Misc. Debit | $117,028.38 |
| 641 Elite 1031 Exchange LLC | NM 4719 | 04/05/22 | EFT | $11,927.87 |
| Ahneg ji llp | NM 4719 | 04/06/22 | 4052 | $5,350.00 |
| Jeff Golobes | NM 4719 | 04/05/22 | 4054 | $250.00 |
| 405 W 23rd St Bakery Corp. | NM 4719 | 04/14/22 | 4001 | $200,000.00 |
| | | | **Total** | 361,755.17 |
| | | | | |
| **Payments During Period of** | | | | |
| **August 01, 2022 - May 02, 2023  (Pre-Petition Transfers and Insider Preferential Transfers)** | | | | |
| 405 W 23rd st Bakery Corp | NM 4719 | 08/11/22 | Misc. Debit | $20,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 08/12/22 | Misc. Debit | $5,000.00 |
| 405 W 23rd St Bakery Corp | TD 3634 | 08/25/22 | WITHDRAWAL TRANSFER | $1,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 09/12/22 | 10401 | $20,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 09/16/22 | Misc. Debit | $50,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 10/13/22 | Misc. Debit | $15,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 11/07/22 | Misc. Debit | $15,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 11/21/22 | Misc. Debit | $15,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 02/16/23 | Debit | $6,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 03/08/23 | Debit | $2,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 03/08/23 | Debit | $17,000.00 |
| | | | **Total** | **$166,000.00** |
| | | | | |
| **Payments During Period of** | | | | |
| **May 03, 2023 - July 31, 2023** | | | | |
| **(Pre-Petition Transfers, Insider Preferential Transfers and 90-Day Preferential Transfers)** | | | | |
| 405 W 23rd St Bakery Corp | NM 4719 | 05/09/23 | Debit | $22,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 06/09/23 | Debit | $25,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 06/14/23 | Debit | $5,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 06/27/23 | Debit | $8,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 07/07/23 | Misc. Debit | $2,500.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 07/10/23 | Misc. Debit | $22,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 07/13/23 | Misc. Debit | $2,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 07/20/23 | Misc. Debit | $2,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 07/26/23 | Misc. Debit | $2,000.00 |
| 405 W 23rd St Bakery Corp | NM 4719 | 07/27/23 | Misc. Debit | $5,000.00 |
| | | | **Total** | **$95,500.00** |

Exhibit B - Transfers for the benefit of 405 Bakery

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| **Payments During Period of** | | | | |
| **August 01, 2023 - December 31, 2023 (Post-Petition Transfers)** | | | | |
| 405 W 23rd st Bakery Corp | NM 4719 | 08/01/23 | Misc. Debit | $2,500.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 08/15/23 | Misc. Debit | $25,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 08/18/23 | Misc. Debit | $1,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 08/22/23 | Misc. Debit | $1,200.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 08/25/23 | Misc. Debit | $5,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 08/29/23 | Misc. Debit | $1,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 08/30/23 | Misc. Debit | $2,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 09/06/23 | Misc. Debit | $1,000.00 |
| Green Food | NM 4719 | 09/13/23 | 4583 | $1,945.82 |
| Green Food | NM 4719 | 09/25/23 | 4612 | $1,867.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 09/27/23 | Misc. Debit | $5,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 09/29/23 | Misc. Debit | $2,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 10/11/23 | Misc. Debit | $22,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 10/13/23 | Misc. Debit | $1,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 10/27/23 | Misc. Debit | $2,500.00 |
| George Katehls | NM 4719 | 10/30/23 | EFT | $4,755.94 |
| 405 W 23rd st Bakery Corp | NM 4719 | 11/02/23 | Misc. Debit | $5,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 11/06/23 | Misc. Debit | $1,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 11/07/23 | Misc. Debit | $1,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 11/09/23 | Misc. Debit | $1,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 11/14/23 | Misc. Debit | $2,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 11/16/23 | Misc. Debit | $2,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 11/24/23 | Misc. Debit | $1,500.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 11/28/23 | Misc. Debit | $2,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 11/30/23 | Misc. Debit | $6,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 12/05/23 | Misc. Debit | $2,000.00 |
| 405 W 23rd st Bakery Corp | NM 4719 | 12/08/23 | Misc. Debit | $1,000.00 |
| | | | **Total** | **$104,268.76** |

## Summary

| | |
|---|---|
| **Payments During Period of** | |
| **May 01, 2020  – July 31, 2022** | $361,755.17 |
| **August 01, 2022 - May 02, 2023** | $166,000.00 |
| **May 03, 2023 - July 31, 2023** | $95,500.00 |
| **August 01, 2023 - December 31, 2023** | $104,268.76 |
| **Grand Total** | **$727,523.93** |

**EXHIBIT C**

**Subsequent Transfers**

Exhibit B - Schedule of Transfers

| Initial Transferee | Subsequent Transferee | Check/ Payment Date | Check No. | Initial Transfer Amount | Subsequent Transferee Payment Amount |
|---|---|---|---|---|---|
| ***Payments During Period of*** | | | | | |
| ***May 01, 2020 - July 31, 2022 (Pre-Petition Transfers)*** | | | | | |
| 405 W 23rd St Bakery Corp. | | 04/14/22 | | $200,000.00 | |
| | Gio Estrada Construction LLC | 04/19/22 | 4002 | | $32,500.00 |
| | | | **Total** | | **$32,500.00** |
| | | | | | |
| ***Payments During Period of*** | | | | | |
| ***May 01, 2020 - July 31, 2022 (Pre-Petition Transfers)*** | | | | | |
| 405 W 23rd St Bakery Corp. | | 09/16/22 | | $50,000.00 | |
| | James Yu | 09/26/22 | 1001 | | $45,000.00 |
| | | | **Total** | | **$45,000.00** |
| ***Payments During Period of*** | | | | | |
| ***May 03, 2023 - July 31, 2023 (Pre-Petition Transfers and 90-Day Preferential Transfers)*** | | | | | |
| 405 W 23rd St Bakery Corp. | | 06/09/23 | | $25,000.00 | |
| | Fischer Foods | 06/09/23 | | | $1,818.33 |
| 405 W 23rd St Bakery Corp. | | 06/14/23 | | $5,000.00 | |
| | Fischer Foods | 06/14/23 | | | $1,029.70 |
| | Fischer Foods | 06/20/23 | | | $1,201.25 |
| | Fischer Foods | 06/21/23 | | | $879.13 |
| | Fischer Foods | 06/26/23 | | | $1,227.08 |
| 405 W 23rd St Bakery Corp. | | 06/27/23 | | $8,000.00 | |
| | Fischer Foods | 06/27/23 | | | $2,429.15 |
| | Fischer Foods | 06/30/23 | | | $470.80 |
| | Fischer Foods | 07/06/23 | | | $1,134.18 |
| 405 W 23rd St Bakery Corp. | | 07/10/23 | | $22,000.00 | |
| | Fischer Foods | 07/10/23 | | | $246.34 |
| | Fischer Foods | 07/11/23 | | | $362.93 |
| 405 W 23rd St Bakery Corp. | | 07/13/23 | | $2,000.00 | |
| | Fischer Foods | 07/13/23 | | | $715.02 |
| | Fischer Foods | 07/17/23 | | | $551.03 |
| | Fischer Foods | 07/19/23 | | | $2,380.46 |
| 405 W 23rd St Bakery Corp. | | 07/20/23 | | $2,000.00 | |
| | Fischer Foods | 07/24/23 | | | $326.05 |
| | Fischer Foods | 07/25/23 | | | $1,344.14 |
| 405 W 23rd St Bakery Corp. | | 07/27/23 | | $5,000.00 | |
| | Fischer Foods | 07/28/23 | | | $361.94 |
| | | | **Total** | | **$16,477.53** |
| ***Payments During Period of*** | | | | | |
| ***August 01, 2023 - December 31, 2023 (Post-Petition Transfers)*** | | | | | |
| 405 W 23rd St Bakery Corp. | | 08/01/23 | | $2,500.00 | |
| | Fischer Foods | 08/01/23 | | | $349.94 |
| | Fischer Foods | 08/02/23 | | | $875.94 |
| | Fischer Foods | 08/07/23 | | | $603.48 |
| | Fischer Foods | 08/09/23 | | | $638.95 |
| | Fischer Foods | 08/14/23 | | | $448.65 |
| | | 08/15/23 | | $25,000.00 | |
| | Fischer Foods | 08/15/23 | | | $742.40 |
| | Fischer Foods | 08/16/23 | | | $439.40 |
| | Fischer Foods | 08/17/23 | | | $235.74 |
| 405 W 23rd St Bakery Corp. | | 08/18/23 | | $1,000.00 | |
| | Fischer Foods | 08/18/23 | | | $525.30 |
| | Fischer Foods | 08/21/23 | | | $774.66 |
| 405 W 23rd St Bakery Corp. | | 08/22/23 | | $1,200.00 | |
| | Fischer Foods | 08/22/23 | | | $308.50 |
| | Fischer Foods | 08/23/23 | | | $689.57 |
| 405 W 23rd St Bakery Corp. | | 08/25/23 | | $5,000.00 | |
| | Fischer Foods | 08/28/23 | | | $634.55 |
| 405 W 23rd St Bakery Corp. | | 08/29/23 | | $1,000.00 | |
| | Fischer Foods | 08/29/23 | | | $455.08 |
| 405 W 23rd St Bakery Corp. | | 08/30/23 | | $2,000.00 | |

**Exhibit Q - Subsequent Transfers**

| Initial Transferee | Subsequent Transferee | Check/ Payment Date | Check No. | Initial Transfer Amount | Subsequent Transferee Payment Amount |
|---|---|---|---|---|---|
| | Fischer Foods | 08/30/23 | | | $1,128.32 |
| 405 W 23rd St Bakery Corp. | | 09/29/23 | | $2,000.00 | |
| | Fischer Foods | 09/29/23 | | | $1,191.79 |
| | Fischer Foods | 10/05/23 | | | $512.00 |
| 405 W 23rd St Bakery Corp. | | 10/11/23 | | $22,000.00 | |
| 405 W 23rd St Bakery Corp. | | 10/13/23 | | $1,000.00 | |
| | Fischer Foods | 10/26/23 | | | $1,986.76 |
| 405 W 23rd St Bakery Corp. | | 10/27/23 | | $2,500.00 | |
| | Fischer Foods | 10/27/23 | | | $732.56 |
| | Fischer Foods | 10/30/23 | | | $137.96 |
| | Fischer Foods | 10/31/23 | | | $786.00 |
| | Fischer Foods | 11/01/23 | | | $303.50 |
| 405 W 23rd St Bakery Corp. | | 11/02/23 | | $5,000.00 | |
| | Fischer Foods | 11/03/23 | | | $324.14 |
| 405 W 23rd St Bakery Corp. | | 11/06/23 | | $1,000.00 | |
| | Fischer Foods | 11/06/23 | | | $504.09 |
| 405 W 23rd St Bakery Corp. | | 11/07/23 | | $1,000.00 | |
| | Fischer Foods | 11/07/23 | | | $662.20 |
| | Fischer Foods | 11/08/23 | | | $717.65 |
| 405 W 23rd St Bakery Corp. | | 11/09/23 | | $1,000.00 | |
| | Fischer Foods | 11/09/23 | | | $452.18 |
| | Fischer Foods | 11/13/23 | | | $556.08 |
| 405 W 23rd St Bakery Corp. | | 11/14/23 | | $2,000.00 | |
| | Fischer Foods | 11/14/23 | | | $964.21 |
| | Fischer Foods | 11/15/23 | | | $664.17 |
| 405 W 23rd St Bakery Corp. | | 11/16/23 | | $2,000.00 | |
| | Fischer Foods | 11/17/23 | | | $424.98 |
| | Fischer Foods | 11/20/23 | | | $460.04 |
| | Fischer Foods | 11/21/23 | | | $226.74 |
| | Fischer Foods | 11/22/23 | | | $162.64 |
| 405 W 23rd St Bakery Corp. | | 11/24/23 | | $1,500.00 | |
| | Fischer Foods | 11/24/23 | | | $1,495.93 |
| | Fischer Foods | 11/27/23 | | | $982.55 |
| 405 W 23rd St Bakery Corp. | | 11/28/23 | | $2,000.00 | |
| | Fischer Foods | 11/28/23 | | | $407.50 |
| 405 W 23rd St Bakery Corp. | | 11/30/23 | | $6,000.00 | |
| | Fischer Foods | 11/30/23 | | | $768.45 |
| | Fischer Foods | 12/04/23 | | | $1,687.42 |
| 405 W 23rd St Bakery Corp. | | 12/05/23 | | $2,000.00 | |
| | Fischer Foods | 12/05/23 | | | $680.77 |
| | Fischer Foods | 12/06/23 | | | $341.65 |
| 405 W 23rd St Bakery Corp. | | 12/08/23 | | $1,000.00 | |
| | Fischer Foods | 12/08/23 | | | $880.37 |
| | | | | **Total** | **$27,864.81** |

**Summary**

*Payments to Fischer Foods During Period of*
*May 03, 2023 - July 31, 2023* — $16,477.53
*August 01, 2023 - December 31, 2023* — $27,864.81
**Total** **$44,342.34**

**Grand Total** **$105,364.81**

## EXHIBIT D

**Transfers to or for the benefit of Katsu-Hama**

**Exhibit D - Transfers for the Benefit of Katsu-Hama**

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| *Payments During Period of* | | | | |
| *May 01, 2020 – July 31, 2022 (Pre-Petition Transfers)* | | | | |
| Gaeta Interior Demolition Inc. | NM 4719 | 09/09/20 | | 1,246.60 |
| Gaeta Interior Demolition Inc. | NM 4719 | 02/25/21 | | 1,855.87 |
| Ahneli Ji LLP | NM 4719 | 03/08/21 | 2021 | 1,500.00 |
| Katsu-Hama | NM 4719 | 03/16/21 | 1975 | 2,000.00 |
| Ahneli Ji LLP | NM 4719 | 03/22/21 | 2058 | 1,500.00 |
| Lester A. Epstein & Associates LLC | NM 4719 | 03/23/21 | 2057 | 8,000.00 |
| Gaeta Interior Demolition Inc. | NM 4719 | 06/10/21 | | 2,535.00 |
| Katsu-Hama | NM 4719 | 06/17/21 | 2296 | 4,378.38 |
| Hector Garcia | TD 3634 | 07/23/21 | | 547.23 |
| Javier Garcia | TD 3634 | 07/23/21 | | 520.27 |
| Javier Lopez | TD 3634 | 07/23/21 | | 360.98 |
| Jigme Norbu | TD 3634 | 07/23/21 | | 445.76 |
| Sher & Gurung | TD 3634 | 07/23/21 | | 440.12 |
| Black River | NM 4719 | 08/24/21 | 2447 | 2,000.00 |
| | | Total | | **$27,330.21** |

## EXHIBIT E

**Transfers to or for the benefit of the Lims**

Exhibit E - Transfers to or for the benefit of the Lims

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|

**Payments During Period of**
**May 01, 2020 – July 31, 2022 (Pre-Petition Transfers)**

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| Cash | NM 4719 | 05/07/20 | withdrawal | $4,000.00 |
| Cash | NM 4719 | 05/14/20 | withdrawal | $4,000.00 |
| Cash | NM 4719 | 05/21/20 | withdrawal | $3,000.00 |
| Cash | NM 4719 | 05/28/20 | withdrawal | $3,000.00 |
| Byung Sik Lim | NM 4719 | 06/18/20 | withdrawal | 4,800.00 |
| Byung Sik Lim | NM 4719 | 06/25/20 | withdrawal | 3,000.00 |
| Cash | NM 4719 | 07/09/20 | withdrawal | $4,000.00 |
| Cash | NM 4719 | 07/16/20 | withdrawal | $3,000.00 |
| Cash | NM 4719 | 07/22/20 | withdrawal | $4,000.00 |
| Cash | NM 4719 | 08/12/20 | withdrawal | $4,500.00 |
| card member serv elect pmt | NM 4719 | 09/03/20 | | 8,458.10 |
| card member serv elect pmt | NM 4719 | 09/22/20 | | 10,028.34 |
| Cash | NM 4719 | 10/06/20 | withdrawal | $8,000.00 |
| Cash | NM 4719 | 10/15/20 | withdrawal | $2,500.00 |
| Cash | NM 4719 | 11/12/20 | withdrawal | $3,500.00 |
| Cash | NM 4719 | 11/30/20 | withdrawal | $8,000.00 |
| Cash | NM 4719 | 12/28/20 | withdrawal | $5,500.00 |
| card member serv elect pmt | NM 4719 | 01/12/21 | | 5,500.00 |
| card member serv elect pmt | NM 4719 | 01/25/21 | | 5,500.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 01/25/21 | EFT | 3,832.43 |
| Byung Sik Lim | NM 4719 | 01/29/21 | withdrawal | 4,500.00 |
| Byung Sik Lim | NM 4719 | 02/05/21 | withdrawal | 3,500.00 |
| card member serv elect pmt | NM 4719 | 02/10/21 | | 5,200.00 |
| CITI PAYMENT PAYMENT | NM 4719 | 02/18/21 | | 1,500.00 |
| Byung Sik Lim | NM 4719 | 02/22/21 | withdrawal | 9,500.00 |
| card member serv elect pmt | NM 4719 | 02/25/21 | | 5,500.00 |
| TRANSFER to Checking 4367666381 | TD 3634 | 03/04/21 | WITHDRAWAL TRANSFER | $100.00 |
| TRANSFER to Checking 4367666381 | TD 3634 | 03/05/21 | WITHDRAWAL TRANSFER | $500.00 |
| TRANSFER to Checking 4367666381 | TD 3634 | 03/08/21 | WITHDRAWAL TRANSFER | $1,000.00 |
| Byung Sik Lim | NM 4719 | 03/12/21 | withdrawal | 4,000.00 |
| Byung Sik Lim | NM 4719 | 03/19/21 | withdrawal | 4,500.00 |
| card member serv elect pmt | NM 4719 | 03/22/21 | | 5,500.00 |
| Byung Sik Lim | TD 3634 | 3/30/21 | | $4,650.31 |
| TD bank 9448 | NM 4719 | 03/30/21 | 2087 | 4,742.91 |
| Byung Sik Lim | NM 4719 | 04/01/21 | withdrawal | 5,000.00 |
| Byung Sik Lim | NM 4719 | 04/02/21 | withdrawal | 4,500.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 04/07/21 | WITHDRAWAL TRANSFER | $2,000.00 |
| card member serv elect pmt | NM 4719 | 04/07/21 | | 5,500.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 04/12/21 | WITHDRAWAL TRANSFER | $2,000.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 04/16/21 | WITHDRAWAL TRANSFER | $2,500.00 |
| Byung Sik Lim | NM 4719 | 04/16/21 | withdrawal | 5,000.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 04/23/21 | WITHDRAWAL TRANSFER | $2,500.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 04/23/21 | EFT | 3,832.43 |
| Transfer to CC 4847382139979448 | TD 3634 | 04/30/21 | WITHDRAWAL TRANSFER | $2,000.00 |
| Mun suk Lim | NM 4719 | 05/06/21 | 2178 | 1,000.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 05/10/21 | WITHDRAWAL TRANSFER | $2,000.00 |
| card member serv elect pmt | NM 4719 | 05/11/21 | | 5,500.00 |
| TD bank 9448 | NM 4719 | 05/13/21 | 2198 | 2,500.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 05/21/21 | WITHDRAWAL TRANSFER | $3,000.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 05/24/21 | EFT | 3,832.43 |

Exhibit E - Transfers for the benefit of the Lims

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| Transfer to CC 4847382139979448 | TD 3634 | 05/28/21 | WITHDRAWAL TRANSFER | $1,700.00 |
| Byung Sik Lim | NM 4719 | 05/28/21 | withdrawal | 4,500.00 |
| TD bank 9448 | NM 4719 | 06/01/21 | 2250 | 3,256.49 |
| card member serv elect pmt | NM 4719 | 06/02/21 | | 4,500.00 |
| Byung Sik Lim | NM 4719 | 06/10/21 | withdrawal | 7,500.00 |
| card member serv elect pmt | NM 4719 | 06/11/21 | | 4,500.00 |
| TD bank 9448 | NM 4719 | 06/11/21 | 2276 | 3,000.00 |
| card member serv elect pmt | NM 4719 | 06/21/21 | | 3,000.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 06/22/21 | WITHDRAWAL TRANSFER | $5,869.95 |
| SBA C&I LOAN 53684787009 | NM 4719 | 06/23/21 | EFT | 3,832.43 |
| Byung Sik Lim | NM 4719 | 06/25/21 | withdrawal | 4,200.00 |
| Mun Suk Lim | NM 4719 | 06/25/21 | 2319 | 1,300.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 06/30/21 | WITHDRAWAL TRANSFER | $3,766.62 |
| Mun Suk Lim | NM 4719 | 07/02/21 | 2336 | 1,000.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 07/02/21 | WITHDRAWAL TRANSFER | $1,525.73 |
| Transfer to CC 4847382139979448 | TD 3634 | 07/07/21 | WITHDRAWAL TRANSFER | $4,716.57 |
| card member serv elect pmt | NM 4719 | 07/08/21 | | 5,500.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 07/16/21 | WITHDRAWAL TRANSFER | $3,000.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 07/21/21 | WITHDRAWAL TRANSFER | $4,000.00 |
| card member serv elect pmt | NM 4719 | 07/23/21 | | 3,500.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 07/23/21 | EFT | 3,832.43 |
| TD bank 9448 | NM 4719 | 08/02/21 | 2426 | 5,145.53 |
| Byung Sik Lim | NM 4719 | 08/06/21 | withdrawal | 4,200.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 08/06/21 | WITHDRAWAL TRANSFER | $1,993.50 |
| Transfer to CC 4847382139979448 | TD 3634 | 08/13/21 | WITHDRAWAL TRANSFER | $2,000.00 |
| Byung Sik Lim | NM 4719 | 08/19/21 | withdrawal | 4,200.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 08/20/21 | WITHDRAWAL TRANSFER | $2,000.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 08/23/21 | EFT | 4,170.66 |
| card member serv elect pmt | NM 4719 | 09/15/21 | EFT | $6,400.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 09/17/21 | WITHDRAWAL TRANSFER | $1,500.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 09/23/21 | EFT | $4,170.66 |
| Cash | NM 4719 | 09/23/21 | withdrawal | $7,000.00 |
| card member serv elect pmt | NM 4719 | 09/29/21 | EFT | $4,500.00 |
| Cash | NM 4719 | 10/01/21 | withdrawal | $5,200.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 10/08/21 | WITHDRAWAL TRANSFER | $2,500.00 |
| Cash | NM 4719 | 10/14/21 | withdrawal | $5,500.00 |
| card member serv elect pmt | NM 4719 | 10/15/21 | EFT | $5,500.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 10/18/21 | WITHDRAWAL TRANSFER | $3,200.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 10/25/21 | EFT | $4,170.66 |
| Cash | NM 4719 | 10/29/21 | withdrawal | $4,500.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 11/02/21 | WITHDRAWAL TRANSFER | $2,000.00 |
| card member serv elect pmt | NM 4719 | 11/03/21 | EFT | $6,750.00 |
| DEBIT | TD 3634 | 11/23/21 | | $6,200.00 |
| Byung Sik Lim | NM 4719 | 12/10/21 | 2727 | $5,000.00 |
| Cash | NM 4719 | 12/10/21 | withdrawal | $5,400.00 |
| DEBIT | TD 3634 | 12/14/21 | | $1,800.00 |
| card member serv elect pmt 6283 | NM 4719 | 12/15/21 | EFT | $6,700.00 |
| DEBIT | TD 3634 | 12/17/21 | | $3,500.00 |
| DEBIT | TD 3634 | 12/22/21 | | $5,794.05 |
| SBA C&I LOAN 53684787009 | NM 4719 | 12/23/21 | EFT | $4,170.66 |
| DEBIT | TD 3634 | 12/23/21 | | $300.00 |

Exhibit E - Transfers for the Benefit of the Lims

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| DEBIT | TD 3634 | 12/30/21 | | $6,974.25 |
| card member serv elect pmt 6283 | NM 4719 | 01/03/22 | EFT | $6,382.30 |
| Transfer to CC 4847382139979448 | TD 3634 | 01/03/22 | WITHDRAWAL TRANSFER | $4,000.00 |
| DEBIT | TD 3634 | 01/06/22 | | $282.00 |
| DEBIT | TD 3634 | 01/14/22 | | $3,500.00 |
| card member serv elect pmt 6283 | NM 4719 | 01/20/22 | EFT | $6,200.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 01/24/22 | EFT | $4,054.53 |
| Transfer to CC 4847382139979448 | TD 3634 | 01/28/22 | WITHDRAWAL TRANSFER | $2,000.00 |
| card member serv elect pmt 6283 | NM 4719 | 02/03/22 | EFT | $6,300.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 02/04/22 | WITHDRAWAL TRANSFER | $3,000.00 |
| Translation and apostile services | NM 4719 | 2/16/22 | 3166 | $550.00 |
| card member serv elect pmt 6283 | NM 4719 | 02/16/22 | EFT | $7,250.00 |
| DEBIT | TD 3634 | 02/18/22 | | $2,150.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 02/23/22 | EFT | $4,054.53 |
| DEBIT | TD 3634 | 02/25/22 | | $4,200.00 |
| DEBIT | TD 3634 | 03/02/22 | | $16,000.00 |
| DEBIT | TD 3634 | 03/03/22 | | $7,450.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 03/04/22 | WITHDRAWAL TRANSFER | $7,500.00 |
| TRANSFER to Checking 4409807629 | TD 3634 | 03/04/22 | WITHDRAWAL TRANSFER | $2,500.00 |
| DEBIT | TD 3634 | 03/08/22 | | $300.00 |
| DEBIT | TD 3634 | 03/10/22 | | $6,450.00 |
| Transfer to CC 4847385795245699 | TD 3634 | 03/10/22 | WITHDRAWAL TRANSFER | $10,037.61 |
| Transfer to CC 4847382139979448 | TD 3634 | 03/16/22 | WITHDRAWAL TRANSFER | $10,000.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 03/16/22 | WITHDRAWAL TRANSFER | $1,972.80 |
| card member serv elect pmt 6283 | NM 4719 | 03/17/22 | EFT | $7,600.00 |
| DEBIT | TD 3634 | 03/17/22 | | $5,600.00 |
| Cash | NM 4719 | 03/18/22 | withdrawal | $4,500.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 03/23/22 | EFT | $4,054.53 |
| DEBIT | TD 3634 | 03/24/22 | | $5,900.00 |
| Transfer to CC 4847385795245699 | TD 3634 | 03/27/22 | WITHDRAWAL TRANSFER | $8,000.00 |
| DEBIT | TD 3634 | 03/30/22 | | $6,000.00 |
| DEBIT | TD 3634 | 03/30/22 | | $3,400.00 |
| Cash | NM 4719 | 04/01/22 | withdrawal | $4,000.00 |
| Cash | NM 4719 | 04/14/22 | withdrawal | $4,600.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 04/25/22 | EFT | $4,066.95 |
| Cash | NM 4719 | 04/28/22 | withdrawal | $7,500.00 |
| DEBIT | TD 3634 | 04/29/22 | | $7,500.00 |
| DEBIT | TD 3634 | 05/02/22 | | $610.00 |
| DEBIT | TD 3634 | 05/02/22 | | $300.00 |
| card member serv elect pmt 6283 | NM 4719 | 05/03/22 | EFT | $6,850.00 |
| Cash | NM 4719 | 05/09/22 | withdrawal | $6,500.00 |
| DEBIT | TD 3634 | 05/10/22 | | $170.00 |
| DEBIT | TD 3634 | 05/12/22 | | $250.00 |
| Cash | NM 4719 | 05/13/22 | withdrawal | $6,200.00 |
| Cash | NM 4719 | 05/20/22 | withdrawal | $6,700.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 05/23/22 | EFT | $4,066.95 |
| Transfer to CC 4847382139979448 | TD 3634 | 05/23/22 | WITHDRAWAL TRANSFER | $6,900.00 |
| card member serv elect pmt 6283 | NM 4719 | 05/24/22 | EFT | $6,700.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 05/31/22 | WITHDRAWAL TRANSFER | $9,569.43 |
| card member serv elect pmt 6283 | NM 4719 | 06/01/22 | EFT | $6,850.00 |
| Mun Suk Lim | NM 4719 | 6/2/22 | EFT | $1,000.00 |
| Cash | NM 4719 | 06/03/22 | withdrawal | $6,762.00 |
| DEBIT | TD 3634 | 06/03/22 | | $4,600.00 |
| DEBIT | TD 3634 | 06/05/22 | | $400.00 |

Exhibit E - Transfers made for the benefit of the Lims

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| Transfer to CC 8578 | TD 3634 | 06/05/22 | WITHDRAWAL TRANSFER | $176.02 |
| Cash | NM 4719 | 06/08/22 | withdrawal | $6,843.00 |
| Cash | NM 4719 | 06/14/22 | withdrawal | $6,300.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 06/15/22 | WITHDRAWAL TRANSFER | $13,515.69 |
| SBA C&I LOAN 53684787009 | NM 4719 | 06/23/22 | EFT | $4,066.95 |
| Cash | NM 4719 | 06/24/22 | withdrawal | $8,750.00 |
| card member serv elect pmt 6283 | NM 4719 | 06/29/22 | EFT | $6,500.00 |
| Cash | NM 4719 | 06/30/22 | | $7,800.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 06/30/22 | WITHDRAWAL TRANSFER | $8,631.69 |
| DEBIT | TD 3634 | 07/05/22 | | $7,973.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 07/07/22 | WITHDRAWAL TRANSFER | $5,386.24 |
| Cash | NM 4719 | 07/08/22 | withdrawal | $7,450.00 |
| Cash | NM 4719 | 07/14/22 | withdrawal | $6,950.00 |
| DEBIT | TD 3634 | 07/14/22 | | $7,810.00 |
| Cash | NM 4719 | 07/15/22 | withdrawal | $2,000.00 |
| DEBIT | TD 3634 | 07/18/22 | | $9,729.98 |
| SBA C&I LOAN 53684787009 | NM 4719 | 07/25/22 | EFT | $4,122.94 |
| Transfer to CC 4847382139979448 | TD 3634 | 07/26/22 | WITHDRAWAL TRANSFER | $4,500.00 |
| Cash | NM 4719 | 07/28/22 | withdrawal | $7,850.00 |
| | | | **Total** | **$805,556.28** |

***Payments During Period of***
***August 01, 2022 - May 02, 2023  (Pre-Petition Transfers and Insider Preferential Transfers)***

| Payee | Account No. | Date | Check No. | Amount |
|---|---|---|---|---|
| DEBIT | TD 3634 | 08/04/22 | | $6,000.00 |
| Cash | NM 4719 | 08/04/22 | withdrawal | $7,450.00 |
| DEBIT | TD 3634 | 08/11/22 | | $300.00 |
| Cash | NM 4719 | 08/11/22 | withdrawal | $7,400.00 |
| DEBIT | TD 3634 | 08/16/22 | | $11,416.28 |
| Cash | NM 4719 | 08/19/22 | withdrawal | $6,200.00 |
| card member serv elect pmt 6283 | NM 4719 | 08/19/22 | EFT | $7,900.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 08/23/22 | EFT | $4,122.94 |
| Cash | NM 4719 | 08/26/22 | withdrawal | $6,800.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 08/30/22 | WITHDRAWAL TRANSFER | $13,625.28 |
| Cash | NM 4719 | 09/02/22 | withdrawal | $5,800.00 |
| Cash | NM 4719 | 09/09/22 | withdrawal | $5,800.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 09/15/22 | WITHDRAWAL TRANSFER | $10,257.53 |
| Cash | NM 4719 | 09/16/22 | withdrawal | $6,400.00 |
| Transfer to CC 4847382139979448 | TD 3634 | 09/21/22 | WITHDRAWAL TRANSFER | $6,930.58 |
| Cash | NM 4719 | 09/23/22 | withdrawal | $6,400.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 09/23/22 | EFT | $4,122.94 |
| TRANSFER to Checking 4409807629 | TD 3634 | 09/28/22 | WITHDRAWAL TRANSFER | $5,000.00 |
| Cash | NM 4719 | 09/30/22 | withdrawal | $6,400.00 |
| Transfer to CC 2087 | TD 3634 | 10/06/22 | WITHDRAWAL TRANSFER | $15,175.00 |
| Cash | NM 4719 | 10/07/22 | withdrawal | $5,900.00 |
| Transfer to CC 2087 | TD 3634 | 10/13/22 | WITHDRAWAL TRANSFER | $6,924.93 |
| Cash | NM 4719 | 10/14/22 | withdrawal | $4,800.00 |
| DEBIT | TD 3634 | 10/19/22 | | $6,900.00 |
| Cash | NM 4719 | 10/21/22 | withdrawal | $5,200.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 10/24/22 | EFT | $4,182.30 |

Exhibit E - Transfers to/or for the benefit of the Lims

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| Transfer to CC 4847385795245699 | TD 3634 | 10/26/22 | WITHDRAWAL TRANSFER | $2,500.00 |
| Transfer to CC 2087 | TD 3634 | 10/27/22 | WITHDRAWAL TRANSFER | $13,372.67 |
| Cash | NM 4719 | 10/28/22 | withdrawal | $5,200.00 |
| DEBIT | TD 3634 | 11/03/22 | | $7,900.00 |
| Transfer to CC 2087 | TD 3634 | 11/03/22 | WITHDRAWAL TRANSFER | $8,082.61 |
| Cash | NM 4719 | 11/04/22 | withdrawal | $5,400.00 |
| DEBIT | TD 3634 | 11/10/22 | | $400.00 |
| Transfer to CC 2087 | TD 3634 | 11/10/22 | WITHDRAWAL TRANSFER | $4,500.94 |
| Cash | NM 4719 | 11/10/22 | withdrawal | $5,600.00 |
| TRANSFER to Checking 4409807629 | TD 3634 | 11/17/22 | WITHDRAWAL TRANSFER | $2,000.00 |
| Cash | NM 4719 | 11/18/22 | withdrawal | $6,200.00 |
| DEBIT | TD 3634 | 11/22/22 | | $7,664.27 |
| DEBIT | TD 3634 | 11/23/22 | | $7,400.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 11/23/22 | EFT | $4,182.30 |
| DEBIT | TD 3634 | 11/30/22 | | $6,000.00 |
| DEBIT | TD 3634 | 12/01/22 | | $4,500.00 |
| DEBIT | TD 3634 | 12/02/22 | | $6,950.00 |
| DEBIT | TD 3634 | 12/06/22 | | $3,000.00 |
| Cash | NM 4719 | 12/09/22 | withdrawal | $6,800.00 |
| Transfer to CC 2087 | TD 3634 | 12/12/22 | WITHDRAWAL TRANSFER | $9,000.00 |
| Cash | NM 4719 | 12/16/22 | withdrawal | $6,800.00 |
| Transfer to CC 2087 | TD 3634 | 12/20/22 | WITHDRAWAL TRANSFER | $3,500.00 |
| Cash | NM 4719 | 12/22/22 | withdrawal | $6,400.00 |
| card member serv elect pmt 6283 | NM 4719 | 12/22/22 | EFT | $4,061.00 |
| Transfer to CC 2087 | TD 3634 | 12/23/22 | WITHDRAWAL TRANSFER | $8,000.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 12/23/22 | EFT | $4,182.30 |
| Transfer to CC 4847385795245699 | TD 3634 | 12/28/22 | eTransfer Debit, Online Xfer | $466.00 |
| Cash | NM 4719 | 12/29/22 | withdrawal | $6,200.00 |
| TRANSFER to Checking 4409807629 | TD 3634 | 12/30/22 | WITHDRAWAL TRANSFER | $2,000.00 |
| DEBIT | TD 3634 | 01/03/23 | | $7,000.00 |
| Cash | NM 4719 | 01/05/23 | withdrawal | $6,200.00 |
| Proprty Pay | NM 4719 | 01/11/23 | EFT | $1,453.78 |
| Cash | NM 4719 | 01/13/23 | withdrawal | $5,650.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 01/23/23 | EFT | $4,225.39 |
| Proprty Pay | NM 4719 | 01/25/23 | EFT | $1,453.78 |
| DEBIT | TD 3634 | 01/26/23 | | $4,500.00 |
| Cash | NM 4719 | 01/27/23 | withdrawal | $5,000.00 |
| DEBIT | TD 3634 | 02/01/23 | | $8,691.08 |
| Cash | NM 4719 | 02/02/23 | withdrawal | $6,400.00 |
| Proprty Pay | NM 4719 | 02/03/23 | EFT | $348.56 |
| Cash | NM 4719 | 02/07/23 | withdrawal | $6,200.00 |
| TRANSFER to Checking 4409807629 | TD 3634 | 02/10/23 | WITHDRAWAL TRANSFER | $1,000.00 |
| Transfer to CC 4847385795245699 | TD 3634 | 02/13/23 | WITHDRAWAL TRANSFER | $8,561.96 |
| Cash | NM 4719 | 02/17/23 | withdrawal | $6,450.00 |
| card member serv elect pmt 6283 | NM 4719 | 02/22/23 | EFT | $4,316.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 02/23/23 | EFT | $4,225.39 |
| DEBIT | TD 3634 | 02/24/23 | | $1,500.00 |
| Cash | NM 4719 | 02/24/23 | withdrawal | $6,200.00 |
| Proprty Pay | NM 4719 | 03/01/23 | EFT | $1,525.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 03/23/23 | EFT | $4,225.39 |
| DEBIT | TD 3634 | 04/06/23 | | $1,260.00 |
| DEBIT | TD 3634 | 04/07/23 | | $6,400.00 |

Exhibit E - Transfers to or for the benefit of the Lims

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| Transfer to CC 4847385795245699 | TD 3634 | 04/07/23 | WITHDRAWAL TRANSFER | $6,000.00 |
| TRANSFER to Checking 4409807629 | TD 3634 | 04/13/23 | WITHDRAWAL TRANSFER | $1,500.00 |
| Transfer to CC 4847385795245699 | TD 3634 | 04/19/23 | WITHDRAWAL TRANSFER | $6,500.00 |
| Cash | NM 4719 | 04/21/23 | withdrawal | $5,400.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 04/24/23 | EFT | $4,239.43 |
| TRANSFER to Checking 4409807629 | TD 3634 | 04/25/23 | WITHDRAWAL TRANSFER | $900.00 |
| DEBIT | TD 3634 | 04/26/23 | | $5,000.00 |
| Cash | NM 4719 | 04/27/23 | withdrawal | $5,800.00 |
| | | | **Total** | **$473,795.63** |

**Payments During Period of**
**May 03, 2023 - July 31, 2023**
**(Pre-Petition Transfers, Insider Preferential Transfers and 90-Day Preferential Transfers)**

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| Cash | NM 4719 | 05/05/23 | withdrawal | $7,400.00 |
| card member serv elect pmt 6283 | NM 4719 | 05/08/23 | EFT | $7,925.00 |
| Proprty Pay | NM 4719 | 05/08/23 | EFT | $3,046.00 |
| DEBIT | TD 3634 | 05/19/23 | | $6,000.00 |
| Cash | NM 4719 | 05/19/23 | withdrawal | $4,800.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 05/23/23 | EFT | $4,239.43 |
| Cash | NM 4719 | 06/08/23 | withdrawal | $6,900.00 |
| card member serv elect pmt 6283 | NM 4719 | 06/21/23 | EFT | $3,600.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 06/23/23 | EFT | $4,239.43 |
| DEBIT | TD 3634 | 06/30/23 | | $3,000.00 |
| Proprty Pay | NM 4719 | 06/30/23 | EFT | $1,542.67 |
| Transfer to CC 4847385795245699 | TD 3634 | 07/06/23 | WITHDRAWAL TRANSFER | $3,600.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 07/24/23 | EFT | $4,245.40 |
| Credit One Bank | NM 4719 | 07/25/23 | EFT | $1,008.27 |
| Jaehyung Cha (CPA) | NM 4719 | 7/27/23 | 4665 | $2,400.00 |
| Proprty Pay | NM 4719 | 07/28/23 | EFT | $1,488.00 |
| | | | **Total** | **$65,434.20** |

**Payments During Period of**
**August 01, 2023 - April 30, 2024 (Post-Petition Transfers)**

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| Cash | NM 4719 | 08/11/23 | withdrawal | $7,400.00 |
| Cash | NM 4719 | 08/18/23 | withdrawal | $5,500.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 08/23/23 | EFT | $4,245.40 |
| Cash | NM 4719 | 08/25/23 | withdrawal | $4,500.00 |
| Proprty Pay | NM 4719 | 09/07/23 | EFT | $1,773.00 |
| Cash | NM 4719 | 09/22/23 | withdrawal | $6,400.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 09/25/23 | EFT | $4,245.40 |
| Cash | NM 4719 | 10/06/23 | withdrawal | $6,400.00 |
| Proprty Pay | NM 4719 | 10/10/23 | EFT | $1,845.00 |
| Cash | NM 4719 | 10/13/23 | withdrawal | $5,800.00 |
| Cash | NM 4719 | 10/20/23 | withdrawal | $7,400.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 10/23/23 | EFT | $4,252.90 |
| Cash | NM 4719 | 10/27/23 | withdrawal | $7,500.00 |
| Proprty Pay | NM 4719 | 10/27/23 | EFT | $2,387.00 |
| Proprty Pay | NM 4719 | 11/06/23 | EFT | $1,390.00 |
| Cash | NM 4719 | 11/09/23 | withdrawal | $6,200.00 |
| Cash | NM 4719 | 11/17/23 | withdrawal | $4,800.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 11/24/23 | EFT | $4,252.90 |
| Cash | NM 4719 | 12/08/23 | withdrawal | $6,500.00 |
| Cash | NM 4719 | 12/15/23 | withdrawal | $9,100.00 |
| SBA C&I LOAN 53684787009 | NM 4719 | 01/11/24 | EFT | $4,252.90 |

**Exhibit E - Transfers for the benefit of the Lims**

| Payee | Account No. | Check/ Payment Date | Check No. | Check/ Payment Amount |
|---|---|---|---|---|
| Transfer to CC 4847385795245699 | TD  3634 | 01/29/24 | eTransfer Debit, Online Xfer | $483.00 |
| Transfer to CC 4847385795245699 | TD  3634 | 02/28/24 | eTransfer Debit, Online Xfer | $479.00 |
| Transfer to CC 4847385795245699 | TD  3634 | 03/28/24 | eTransfer Debit, Online Xfer | $453.00 |
| Cash | NM  4719 | 04/03/24 | withdrawal | $350.00 |
| Transfer to CC 4847385795245699 | TD  3634 | 04/29/24 | eTransfer Debit, Online Xfer | $470.00 |
| Equipment | | | | $136,500.00 |
| | | | **Total** | **$244,879.50** |

## Summary

| | | |
|---|---|---|
| *Payments During Period of* | | |
| *May 01, 2020  – July 31, 2022* | | $805,556.28 |
| *August 01, 2022 - May 02, 2023* | | $473,795.63 |
| *May 03, 2023 - July 31, 2023* | | $65,434.20 |
| *August 01, 2023 - April 30, 2024* | | $244,879.50 |
| | **Total** | **$1,589,665.61** |
| Loans Payable (to Mun) | | **$330,813.00** |
| | **Grand Total** | **$1,920,478.61** |

**Exhibit 3**

**Summons**

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: New Blue Flowers Gourmet Corp.

Bankruptcy Case No.:
23–11231–jpm

Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.

Plaintiff(s),

–against–

Adversary Proceeding No.
25–01115–jpm

Byung (Bruce) Lim
Mun Sook Lim
405 West 23rd Street Bakery Corp.
Katsu–Hama USA, LLC
Gio Estrada Construction LLC
James Yu
Fischer Foods of New York, Inc.

Defendant(s)

# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
# IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| Address of Clerk: | |
|---|---|
| | **Clerk of the Court** |
| | **United States Bankruptcy Court** |
| | **Southern District of New York** |
| | **One Bowling Green** |
| | **New York, NY 10004–1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | |
|---|---|
| | **Neil Matthew Berger** |
| | **Togut, Segal & Segal LLP** |
| | **One Penn Plaza** |
| | **New York, NY 10119** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court Southern District of New York One Bowling Green New York, NY 10004–1408 | Room: Contact chambers for Zoom Meeting ID, and Password, JPM Zoom Videoconference |
|---|---|
| | Date and Time: 8/26/25 at 10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 7/21/25

Vito Genna

*Clerk of the Court*

By: /s/ Carmen Ortiz

*Deputy Clerk*

# Exhibit 4

**Affidavits of Service
(Summons and Complaint)**

dTOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian Kreutter

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                              :

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| NEW BLUE FLOWERS GOURMET CORP., | : | Case No. 23-11231 (JPM) |
| | : | |
| Debtor. | : | |
| | : | |

------------------------------------------------------------ X

| | | |
|---|---|---|
| | : | |
| ALBERT TOGUT, Not Individually but Solely | : | |
| in His Capacity as Chapter 7 Trustee of New | : | |
| Blue Flowers Gourmet Corp., | : | |
| | : | Adv. Pro. No. 25-01115 (JPM) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BYUNG (BRUCE) LIM;  MUN SOOK LIM; | : | |
| 405 WEST 23rd STREET BAKERY CORP.; | : | |
| KATSU-HAMA USA, LLC;  GIO ESTRADA | : | |
| CONSTRUCTION LLC;  JAMES YU;  and | : | |
| FISCHER FOODS OF NEW YORK, INC., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE OF SUMMONS AND
## NOTICE OF PRETRIAL CONFERENCE AND COMPLAINT
## UPON DEFENDANTS GIO ESTRADA CONSTRUCTION LLC,
## JAMES YU, AND FISCHER FOODS OF NEW YORK, INC.

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

        JONATHAN COHEN,  being duly sworn, deposes and says:  deponent is
not a party to the action, is over 18 years of age and resides at Caldwell, New Jersey.

On July 22, 2025, deponent served a copy of the *Summons and Notice of Pre-Trial Conference in an Adversary Proceeding* [Docket No. 2] and *Complaint* [Docket No. 1], together with its exhibits, upon each of the parties set forth on the service list annexed hereto, by depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Jonathan Cohen
JONATHAN COHEN

Sworn to before me this
23rd day of July, 2025

/s/ Cynthia M. Sotomayor
NOTARY PUBLIC

**Service List**

**Via First Class Mail:**

Fischer Foods of New York, Inc.
c/o The Corporation
200 Brenner Drive
Congers, N.Y. 10920

Fischer Foods of New York, Inc.
Attn: President/Owner/General
Counsel
200 Brenner Drive
Congers, N.Y. 10920

Fischer Foods of New York, Inc.
Attn: President/Owner/General
Counsel
50 Brianbeth Place
Tappan, N.Y. 10923

Fischer Foods of New York, Inc.
Attn: Pat Pizzano, CEO
50 Brianbeth Place
Tappan, N.Y .10923

James Yu
6664 Selfridge St.
Forest Hills, NY 11375

James Yu
393 West Broadway, 6th Floor
New York, N.Y 10012

Gio Estrada Construction LLC
c/o Edgar Estrada
261 Walker St.
Fairview, New Jersey 07022

Gio Estrada Construction LLC
Attn: Owner/President/General
Counsel
261 Walker St.
Fairview, New Jersey 07022

dTOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian Kreutter

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| NEW BLUE FLOWERS GOURMET CORP., | : | Case No. 23-11231 (JPM) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

---------------------------------------------------------- X

|  |  |  |
|---|---|---|
| ALBERT TOGUT, Not Individually but Solely | : |  |
| in His Capacity as Chapter 7 Trustee of New | : |  |
| Blue Flowers Gourmet Corp., | : |  |
|  | : | Adv. Pro. No. 25-01115 (JPM) |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| BYUNG (BRUCE) LIM;  MUN SOOK LIM; | : |  |
| 405 WEST 23rd STREET BAKERY CORP.; | : |  |
| KATSU-HAMA USA, LLC;  GIO ESTRADA | : |  |
| CONSTRUCTION LLC;  JAMES YU;  and | : |  |
| FISCHER FOODS OF NEW YORK, INC., | : |  |
|  | : |  |
| Defendants. | : |  |

---------------------------------------------------------- X

## AFFIDAVIT OF SERVICE OF SUMMONS AND
## NOTICE OF PRETRIAL CONFERENCE AND COMPLAINT
## UPON DEFENDANTS BYUNG (BRUCE) LIM, MUN SOOK LIM,
## <u>405 WEST 23RD STREET BAKERY CORP AND KATSU-HAMA USA, LLC</u>

|  |  |
|---|---|
| STATE OF NEW YORK | ) |
|  | ) ss.: |
| COUNTY OF NEW YORK | ) |

        JONATHAN COHEN, being duly sworn, deposes and says:  deponent is
not a party to the action, is over 18 years of age and resides at Caldwell, New Jersey.

On July 24, 2025, deponent served a copy of the *Summons and Notice of Pre-Trial Conference in an Adversary Proceeding* [Docket No. 3] and *Complaint* [Docket No. 1], together with its exhibits, upon each of the parties set forth on the service list annexed hereto, by depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Jonathan Cohen
JONATHAN COHEN

Sworn to before me this
24rd day of July, 2025

/s/ Cynthia M. Sotomayor
NOTARY PUBLIC

## Service List

### Via First Class Mail:

Byung (Bruce) Lim
18 Executive Drive
New Hyde Park, NY 11040

Mun Sook Lim
18 Executive Drive
New Hyde Park, NY 11040

405 West 23rd Street Bakery Corp
Attn: Owner/President/General
Counsel
405 West 23rd St.
New York, N.Y. 10011

405 West 23rd Street Bakery Corp
c/o Jay Cha 640 E. Palisade Ave.
Suite 203
Englewood Cliffs, NJ 07632

405 West 23rd Street Bakery Corp.
Attn: Byung S. Lim, CEO
18 Executive Drive
New Hyde Park, NY 11040

Katsu-Hama USA, LLC
Attn: President/Owner/General
Counsel
11 East 47th Street
New York, NY 10017

Katsu-Hama USA, LLC
Attn: Byung Sik Lim
11 E. 47th St.
New York, NY 10017

## Exhibit 5

### Default Letters

# TOGUT, SEGAL & SEGAL LLP

ATTORNEYS AT LAW
ONE PENN PLAZA
NEW YORK, NEW YORK 10119
(212) 594-5000

——
EMAIL
rhoward@teamtogut.com

October 7, 2025

**VIA FIRST CLASS MAIL**

405 West 23rd Street Bakery Corp
Attn: Byung S. Lim, CEO
18 Executive Drive
New Hyde Park, NY 11040

> Re:   *In re New Blue Flowers Gourmet Corp.,*
> Chapter 7 Case No. 23-11231 (JPM)
> *Togut v. Byung (Bruce) Lim; Mun Sook Lim; 405 West 23rd Street Bakery Corp; Katsu-Hama USA, LLC, Gio Estrada Construction LLC; James Yu; and Fischer Foods of New York, Inc.*
> Adv. Pro. No. 25-01115 (JPM)

Dear Mr. Lim:

Our office represents Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the estate of New Blue Flowers Gourmet Corp. (the "Debtor") in the above-referenced Chapter 7 case. As you may be aware, on July 17, 2025, the Trustee filed the enclosed complaint (the "Complaint") against Byung (Bruce) Lim; Mun Sook Lim; 405 West 23rd Street Bakery Corp; Katsu-Hama USA, LLC; Gio Estrada Construction LLC; James Yu; and Fischer Foods of New York, Inc. in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") to commence the above-referenced adversary proceeding (the "Adversary Proceeding").

Pursuant to the Complaint, the Trustee seeks to recover $2,797,175, plus interest and costs, as alleged avoidable and recoverable transfers made by the Debtor.

Be advised that, as a defendant, 405 West 23rd Street Bakery Corp. ("405 West 23rd") was required to file an answer (an "Answer") to the Complaint with the Clerk of the Bankruptcy Court, or otherwise respond to the Complaint, no later than thirty days after the date of the enclosed summons (the "Summons"). As of the date of this letter, no Answer to the Complaint has been filed or otherwise received on behalf of 405 West 23rd, and the thirty-day deadline provided in the Summons has passed. As a result, 405 West 23rd is now in default in the Adversary Proceeding.

If a written response to this letter is not received and/or an Answer is not filed on the docket of the Adversary Proceeding within seven days from the date of this letter, the Trustee will submit a request for entry of a certificate of default pursuant to

Togut, Segal & Segal llp

Rule 7055-1 of the Local Bankruptcy Rules for the Southern District of New York, and
he will thereafter seek entry of a judgment.

It is the Trustee's desire to resolve the Adversary Proceeding
consensually, if possible, and to avoid the additional time and expense of formal
litigation in the Bankruptcy Court. Should you have any questions regarding this letter,
please contact the undersigned.

We write without waiver of any rights.

Very truly yours,

TOGUT, SEGAL & SEGAL LLP
By:
/s/ Ronald Howard
Ronad D. Howard, Esq.

Enclosures

1. Complaint
2. Summons

cc:    405 West 23rd Street Bakery Corp
c/o Jay Cha
640 E. Palisade Ave.
Suite 203
Englewood Cliffs, NJ 07632

405 West 23rd Street Bakery Corp
Attn: Owner/President / General Counsel
405 West 23rd Street
New York, NY 10011

# TOGUT, SEGAL & SEGAL LLP

ATTORNEYS AT LAW
ONE PENN PLAZA
NEW YORK, NEW YORK 10119
(212) 594-5000

——
EMAIL
rhoward@teamtogut.com

October 7, 2025

**VIA FIRST CLASS MAIL**

Gio Estrada Construction LLC
c/o Edgar Estrada
261 Walker St.
Fairview, New Jersey 07022

      Re:   *In re New Blue Flowers Gourmet Corp.,*
           Chapter 7 Case No. 23-11231 (JPM)
           *Togut v. Byung (Bruce) Lim; Mun Sook Lim; 405 West 23rd Street*
           *Bakery Corp; Katsu-Hama USA, LLC, Gio Estrada Construction*
           *LLC; James Yu; and Fischer Foods of New York, Inc.*
           Adv. Pro. No. 25-01115 (JPM)

Dear Mr. Estrada:

        Our office represents Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the estate of New Blue Flowers Gourmet Corp. (the "Debtor") in the above-referenced Chapter 7 case. As you may be aware, on July 17, 2025, the Trustee filed the enclosed complaint (the "Complaint") against Byung (Bruce) Lim; Mun Sook Lim; 405 West 23rd Street Bakery Corp; Katsu-Hama USA, LLC; Gio Estrada Construction LLC; James Yu; and Fischer Foods of New York, Inc. in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") to commence the above-referenced adversary proceeding (the "Adversary Proceeding").

        Pursuant to the Complaint, the Trustee seeks to recover $2,797,175, plus interest and costs, as alleged avoidable and recoverable transfers made by the Debtor.

        Be advised that, as a defendant, Gio Estrada Construction LLC ("GEC") was required to file an answer (an "Answer") to the Complaint with the Clerk of the Bankruptcy Court, or otherwise respond to the Complaint, no later than thirty days after the date of the enclosed summons (the "Summons"). As of the date of this letter, no Answer to the Complaint has been filed or otherwise received on behalf of GEC, and the thirty-day deadline provided in the Summons has passed. As a result, GEC is now in default in the Adversary Proceeding.

        If a written response to this letter is not received and/or an Answer is not filed on the docket of the Adversary Proceeding within seven days from the date of this letter, the Trustee will submit a request for entry of a certificate of default pursuant to

Togut, Segal & Segal llp

Rule 7055-1 of the Local Bankruptcy Rules for the Southern District of New York, and he will thereafter seek entry of a judgment.

It is the Trustee's desire to resolve the Adversary Proceeding consensually, if possible, and to avoid the additional time and expense of formal litigation in the Bankruptcy Court.  Should you have any questions regarding this letter, please contact the undersigned.

We write without waiver of any rights.

Very truly yours,

TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Ronald Howard*
Ronad D. Howard, Esq.


Enclosures

1. Complaint
2. Summons


cc:    Gio Estrada Construction LLC
Attn: Owner/President/General Counsel
261 Walker St.
Fairview, New Jersey 07022

TOGUT, SEGAL & SEGAL LLP

ATTORNEYS AT LAW
ONE PENN PLAZA
NEW YORK, NEW YORK 10119
(212) 594-5000

____
EMAIL
rhoward@teamtogut.com

October 7, 2025

**VIA FIRST CLASS MAIL**

Katsu – Hama USA, LLC
Attn: Byung Sik Lim
11 East 47th Street
New York, NY 10017

Re:   *In re New Blue Flowers Gourmet Corp.,*
      Chapter 7 Case No. 23-11231 (JPM)
      *Togut v. Byung (Bruce) Lim; Mun Sook Lim; 405 West 23rd Street*
      *Bakery Corp; Katsu-Hama USA, LLC, Gio Estrada Construction*
      *LLC; James Yu; and Fischer Foods of New York, Inc.*
      Adv. Pro. No. 25-01115 (JPM)

Dear Mr. Lim:

        Our office represents Albert Togut, not individually but solely in his
capacity as the Chapter 7 Trustee (the "Trustee") of the estate of New Blue Flowers
Gourmet Corp. (the "Debtor") in the above-referenced Chapter 7 case.  As you may be
aware, on July 17, 2025, the Trustee filed the enclosed complaint (the "Complaint")
against Byung (Bruce) Lim;  Mun Sook Lim;  405 West 23rd Street Bakery Corp;  Katsu-
Hama USA, LLC;  Gio Estrada Construction LLC;  James Yu;  and Fischer Foods of New
York, Inc. in the United States Bankruptcy Court for the Southern District of New York
(the "Bankruptcy Court") to commence the above-referenced adversary proceeding (the
"Adversary Proceeding").

        Pursuant to the Complaint, the Trustee seeks to recover $2,797,175, plus
interest and costs, as alleged avoidable and recoverable transfers made by the Debtor.

        Be advised that, as a defendant, Katsu – Hama USA, LLC ("KHUSA") was
required to file an answer (an "Answer") to the Complaint with the Clerk of the
Bankruptcy Court, or otherwise respond to the Complaint, no later than thirty days
after the date of the enclosed summons (the "Summons").  As of the date of this letter,
no Answer to the Complaint has been filed or otherwise received on behalf of KHUSA,
and the thirty-day deadline provided in the Summons has passed.  As a result, KHUSA
is now in default in the Adversary Proceeding.

        If a written response to this letter is not received and/or an Answer is not
filed on the docket of the Adversary Proceeding within seven days from the date of this
letter, the Trustee will submit a request for entry of a certificate of default pursuant to

Togut, Segal & Segal llp

Rule 7055-1 of the Local Bankruptcy Rules for the Southern District of New York, and he will thereafter seek entry of a judgment.

It is the Trustee's desire to resolve the Adversary Proceeding consensually, if possible, and to avoid the additional time and expense of formal litigation in the Bankruptcy Court.  Should you have any questions regarding this letter, please contact the undersigned.

We write without waiver of any rights.

Very truly yours,

TOGUT, SEGAL & SEGAL LLP
By:
/s/ Ronald Howard
Ronad D. Howard, Esq.

Enclosures

1. Complaint
2. Summons

cc:    Katsu – Hama USA, LLC
       Attn: President / Owner / General Counsel
       11 East 47th Street
       New York, NY 10017

TOGUT, SEGAL & SEGAL LLP

ATTORNEYS AT LAW
ONE PENN PLAZA
NEW YORK, NEW YORK 10119
(212) 594-5000

_____
EMAIL
rhoward@teamtogut.com

October 7, 2025

**<u>VIA FIRST CLASS MAIL</u>**

James Yu
393 West Broadway, 6th Floor
New York, N.Y 10012

        Re:    *In re New Blue Flowers Gourmet Corp.,*
                 Chapter 7 Case No. 23-11231 (JPM)
                 *Togut v. Byung (Bruce) Lim; Mun Sook Lim; 405 West 23rd Street Bakery Corp; Katsu-Hama USA, LLC, Gio Estrada Construction LLC; James Yu; and Fischer Foods of New York, Inc.*
                 <u>Adv. Pro. No. 25-01115 (JPM)</u>

Dear Mr. Yu:

        Our office represents Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee (the "<u>Trustee</u>") of the estate of New Blue Flowers Gourmet Corp. (the "<u>Debtor</u>") in the above-referenced Chapter 7 case.  As you may be aware, on July 17, 2025, the Trustee filed the enclosed complaint (the "<u>Complaint</u>") against Byung (Bruce) Lim;  Mun Sook Lim;  405 West 23rd Street Bakery Corp;  Katsu-Hama USA, LLC;  Gio Estrada Construction LLC;  James Yu;  and Fischer Foods of New York, Inc. in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>") to commence the above-referenced adversary proceeding (the "<u>Adversary Proceeding</u>").

        Pursuant to the Complaint, the Trustee seeks to recover $2,797,175, plus interest and costs, as alleged avoidable and recoverable transfers made by the Debtor.

        Be advised that, as a defendant, you were required to file an answer (an "<u>Answer</u>") to the Complaint with the Clerk of the Bankruptcy Court, or otherwise respond to the Complaint, no later than thirty days after the date of the enclosed summons (the "<u>Summons</u>").  As of the date of this letter, no Answer to the Complaint has been filed or otherwise received on your behalf, and the thirty-day deadline provided in the Summons has passed.  As a result, you are now in default in the Adversary Proceeding.

        If a written response to this letter is not received and/or an Answer is not filed on the docket of the Adversary Proceeding within seven days from the date of this letter, the Trustee will submit a request for entry of a certificate of default pursuant to

Togut, Segal & Segal llp

Rule 7055-1 of the Local Bankruptcy Rules for the Southern District of New York, and he will thereafter seek entry of a judgment.

It is the Trustee's desire to resolve the Adversary Proceeding consensually, if possible, and to avoid the additional time and expense of formal litigation in the Bankruptcy Court. Should you have any questions regarding this letter, please contact the undersigned.

We write without waiver of any rights.

Very truly yours,

TOGUT, SEGAL & SEGAL LLP
By:
/s/ Ronald Howard
Ronad D. Howard, Esq.

Enclosures

1. Complaint
2. Summons

cc:    James Yu
6664 Selfridge St.
Forest Hills, NY 11375

**Exhibit 6**

**Adversary Proceeding Docket**

PENAP

## U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 25-01115-jpm

*Assigned to:* Judge John P. Mastando III                          *Date Filed:* 07/17/25
*Lead BK Case:* 23-11231
*Lead BK Title:* New Blue Flowers Gourmet Corp.
*Lead BK Chapter:* 7
*Demand:* $2798000

*Nature[s] of Suit:*  13 Recovery of money/property - 548 fraudulent transfer
                      12 Recovery of money/property - 547 preference

*Plaintiff*
-----------------------
**Albert Togut, Not Individually but Solely in His Capacity as**        represented by **Neil Matthew Berger**
**Chapter 7 Trustee of New Blue Flowers Gourmet Corp.**                 Togut, Segal & Segal LLP
                                                                        One Penn Plaza
                                                                        New York, NY 10119
                                                                        (212) 594-5000
                                                                        Fax : (212) 967-4258
                                                                        Email: neilberger@teamtogut.com

                                                                        **Brian Kreutter**
                                                                        Togut, Segal & Segal LLP
                                                                        One Penn Plaza
                                                                        Suite 3335
                                                                        New York, NY 10119
                                                                        212-594-5000
                                                                        Email: bkreutter@teamtogut.com

V.

*Defendant*
-----------------------
**Byung (Bruce) Lim**                                                   represented by **Byung (Bruce) Lim**
18 Executive Drive                                                      PRO SE
New Hyde Park, NY 11040

*Defendant*
-----------------------
**Mun Sook Lim**                                                        represented by **Mun Sook Lim**
18 Executive Drive                                                      PRO SE
New Hyde Park, NY 11040

*Defendant*
-----------------------
**405 West 23rd Street Bakery Corp.**                                   represented by **405 West 23rd Street Bakery Corp.**
Attn: Owner/ President/ General Counsel                                 PRO SE
405 West 23rd St
New York, NY 10011

**Defendant**
----------------------
**Katsu-Hama USA, LLC**                represented by **Katsu-Hama USA, LLC**
Attn: President/Owner/General Counsel              PRO SE
11 East 47th Street
New York, NY 10017

**Defendant**
----------------------
**Gio Estrada Construction LLC**            represented by **Gio Estrada Construction LLC**
c/o Edgar Estrada                        PRO SE
261 Walker St.
Fairview, NJ 07022

**Defendant**
----------------------
**James Yu**                         represented by **James Yu**
6664 Selfridge St.                        PRO SE
Forest Hills, NY 11375

**Defendant**
----------------------
**Fischer Foods of New York, Inc.**         represented by **Ronald V. De Caprio**
                                           Law Office of Ronald V. Decaprio
                                           18 Laurel Road
                                           New City, NY 10956
                                           845-354-3212
                                           Fax : 845-354-8017
                                           Email: rvd@decapriolaw.com

**Counter-Claimant**
----------------------
**Byung (Bruce) Lim**                  represented by **Byung (Bruce) Lim**
18 Executive Drive                        PRO SE
New Hyde Park, NY 11040

                                           (See above for address)

**Counter-Claimant**
----------------------
**Mun Sook Lim**                      represented by **Mun Sook Lim**
18 Executive Drive                        PRO SE
New Hyde Park, NY 11040

                                           (See above for address)

V.

**Counter-Defendant**
----------------------
**Togut, Segal & Segal LLP**

**Counter-Defendant**

----------------------

**Albert Togut, Not Individually but Solely in His Capacity as
Chapter 7 Trustee of New Blue Flowers Gourmet Corp.**

| Filing Date | # | Docket Text |
|---|---|---|
| 07/17/2025 | 1<br>(46 pgs) | Adversary case 25-01115. Complaint against Byung (Bruce) Lim, Mun Sook Lim, 405 West 23rd Street Bakery Corp., Katsu-Hama USA, LLC, Gio Estrada Construction LLC, James Yu, Fischer Foods of New York, Inc. *(Attachment(s): Exhibit A: Rent Ledger, Exhibit B: Transfers to or for the benefit of 405 Bakery, Exhibit C: Subsequent Transfers, Exhibit D: Transfers to or for the benefit of Katsu-Hama, Exhibit E: Transfers to or for the benefit of the Lims* (Fee Amount $ 350.). Nature(s) of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)), (12 (Recovery of money/property - 547 preference)) Filed by Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Togut, Albert) (Entered: 07/17/2025) |
| 07/17/2025 | 2<br>(2 pgs) | Notice of Appearance *and Request for Service of Notices and Other Documents* filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Berger, Neil) (Entered: 07/17/2025) |
| 07/17/2025 | | Receipt of Complaint( 25-01115-jpm) [cmp,cmpl] ( 350.00) Filing Fee. Receipt number 635. Fee amount 350.00. (Re: Doc # 1) (Ortiz) (Entered: 07/17/2025) |
| 07/21/2025 | 3<br>(2 pgs) | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 8/26/2025 at 10:00 AM at Videoconference (ZoomGov) (JPM), Answer due by 8/20/2025, (Ortiz, Carmen) (Entered: 07/21/2025) |
| 07/23/2025 | 4<br>(3 pgs) | Affidavit of Service *of Summons and Notice of Pretrial Conference and Complaint upon Defendants Gio Estrada Construction LLC, James Yu, and Fischer Foods of New York, Inc.* (related document(s)1, 3) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Berger, Neil) (Entered: 07/23/2025) |
| 07/24/2025 | 5<br>(3 pgs) | Affidavit of Service *of Summons and Notice of Pretrial Conference and Complaint upon Defendants Byung (Bruce) Lim, Mun Sook Lim, 405 West 23rd Street Backer Corp and Katsu-Hama USA, LLC* (related document(s)1  3) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Berger, Neil) (Entered: 07/24/2025) |
| 08/18/2025 | 6<br>(2 pgs) | Notice of Adjournment of Hearing *(Hearing Date: September 24, 2025 at 9:00 a.m.) Notice of Adjournment of Pre-Trial Conference* filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. with hearing to be held on 9/24/2025 at 09:00 AM at Videoconference (ZoomGov) (JPM) (Berger, Neil) (Entered: 08/18/2025) |
| 08/20/2025 | 7<br>(3 pgs) | Affidavit of Service *of Notice of Adjournment of Pre-Trial Conference* (related document(s)6) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Berger, Neil) (Entered: 08/20/2025) |
| 08/28/2025 | 8<br>(5 pgs; 2 docs) | Notice of Appearance *and Request for Service of Papers Pursuant to Fed. R. Bankr. P. 9010(b)* filed by Ronald V. De Caprio on behalf of Fischer Foods of New York, Inc.. (Attachments: # 1 Certification of Service)(De Caprio, Ronald) (Entered: 08/28/2025) |
| 09/16/2025 | 9<br>(2 pgs) | Notice of Adjournment of Hearing / *(Adjourned Pre-Trial Conference Date: October 29, 2025, at 10:00 a.m.) Notice of Adjournment of Pre-Trial Conference (via Zoom)* filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. with hearing to be held on 10/29/2025 at 10:00 AM at Videoconference (ZoomGov) (JPM) (Berger, Neil) (Entered: 09/16/2025) |
| 09/17/2025 | 10<br>(4 pgs) | Affidavit of Service / *Affidavit of Service of Notice of Adjournment of Pretrial Conference* (related document(s)9) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Berger, Neil) (Entered: 09/17/2025) |
| 09/30/2025 | 11<br>(2 pgs) | Stipulation *Extending Time for Defendant Fischer Foods of New York, Inc. to Respond to Complaint* (related document(s)1) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp., Fischer Foods of New York, Inc.. (Berger, Neil) (Entered: 09/30/2025) |

| | | |
|---|---|---|
| 10/22/2025 | **12**<br>(2 pgs) | Stipulation *Extending Time for Defendant Fischer Foods of New York, Inc. to Respond to Complaint* (related document(s)1) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Berger, Neil) (Entered: 10/22/2025) |
| 10/22/2025 | **13**<br>(2 pgs) | Notice of Adjournment of Hearing /(*PreTrial Conference Date: December 3, 2025 at 9:00 a.m.*) *Notice of Adjournment of Pretrial Conference* filed by Brian Kreutter on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. with hearing to be held on 12/3/2025 at 09:00 AM at Videoconference (ZoomGov) (JPM) (Kreutter, Brian) (Entered: 10/22/2025) |
| 10/23/2025 | **14**<br>(4 pgs) | Affidavit of Service *of Notice of Adjournment of Pretrial Conference* (related document(s)13) Filed by Brian Kreutter on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Kreutter, Brian) (Entered: 10/23/2025) |
| 11/06/2025 | **15**<br>(66 pgs) | Request for Clerk's Entry of Default /*Affidavit of Brian Kreutter in Support of a Request for a Certificate of Default as to Defendants Byung (Bruce) Lim, Mun Sook Lim, 405 West 23rd Street Bakery Corp., Katsu-Hama USA, LLC, Gio Estrada Construction LLC and James Yu* (Attachments: Ex. 1: Summons, Complaint, and the Affidavits of Service, Ex. 2: Adversary Proceeding Docket) filed by Brian Kreutter on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Kreutter, Brian) (Entered: 11/06/2025) |
| 11/07/2025 | **16**<br>(4 pgs) | Affidavit of Service *of Affidavit of Brian Kreutter in Support of a Request for a Certificate of Default as to Defendants Byung (Bruce) Lim, Mun Sook Lim, 405 West 23rd Street Bakery Corp., Katsu-Hama USA, LLC, Gio Estrada Construction LLC and James Yu* (related document(s)15) Filed by Brian Kreutter on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Kreutter, Brian) (Entered: 11/07/2025) |
| 11/20/2025 | **17**<br>(2 pgs) | Stipulation *Extending Time for Defendant Fischer Foods of New York, Inc. to Respond to Complaint* (related document(s)1) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Berger, Neil) (Entered: 11/20/2025) |
| 11/24/2025 | **18**<br>(7 pgs; 2 docs) | Answer to Complaint (Related Doc # 1) (related document(s)1) filed by Ronald V. De Caprio on behalf of Fischer Foods of New York, Inc.. (Attachments: # 1 Pleading Certification of Service)(De Caprio, Ronald) (Entered: 11/24/2025) |
| 11/25/2025 | **19**<br>(2 pgs; 2 docs) | Clerk's Entry of Default against Byung (Bruce) Lim. (related document(s)15) (Lopez, Mary) (Entered: 11/25/2025) |
| 11/25/2025 | **20**<br>(2 pgs; 2 docs) | Clerk's Entry of Default against Mun Sook Lim. (related document(s)15) (Lopez, Mary) (Entered: 11/25/2025) |
| 11/25/2025 | **21**<br>(2 pgs; 2 docs) | Clerk's Entry of Default against 405 West 23rd Street Bakery Corp. (related document(s)15) (Lopez, Mary) (Entered: 11/25/2025) |
| 11/25/2025 | **22**<br>(2 pgs; 2 docs) | Clerk's Entry of Default against Katsu-Hama USA, LLC. (related document(s)15) (Lopez, Mary) (Entered: 11/25/2025) |
| 11/25/2025 | **23**<br>(2 pgs; 2 docs) | Clerk's Entry of Default against Gio Estrada Construction LLC. (related document(s)15) (Lopez, Mary) (Entered: 11/25/2025) |
| 11/25/2025 | **24**<br>(2 pgs; 2 docs) | Clerk's Entry of Default against James Yu. (related document(s)15) (Lopez, Mary) (Entered: 11/25/2025) |
| 11/26/2025 | 35 | **(This Document is Restricted from Public View to Comply with Fed R. Bankr. P. 9037)** Answer to Complaint (Related Doc 1), Counterclaim against Togut, Segal & Segal LLP, Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp. (related document(s)1) filed by Byung (Bruce) Lim, Mun Sook Lim. (Lopez, Mary) Additional attachment(s) added on 12/16/2025 (Lopez, Mary) (Entered: 12/16/2025) |
| 11/27/2025 | **25**<br>(2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # 19) . Notice Date 11/27/2025. (Admin.) (Entered: 11/28/2025) |
| 11/27/2025 | **26**<br>(2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # 20)) . Notice Date 11/27/2025. (Admin.) (Entered: 11/28/2025) |
| 11/27/2025 | **27**<br>(3 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # 21)) . Notice Date 11/27/2025. (Admin.) (Entered: 11/28/2025) |
| 11/27/2025 | **28**<br>(2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # 22)) . Notice Date 11/27/2025. (Admin.) (Entered: 11/28/2025) |

| | | |
|---|---|---|
| 11/27/2025 | 29 (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # 23)) . Notice Date 11/27/2025. (Admin.) (Entered: 11/28/2025) |
| 11/27/2025 | 30 (2 pgs) | Certificate of Mailing Re: Clerk's Entry of Default (related document(s) (Related Doc # 24)) . Notice Date 11/27/2025. (Admin.) (Entered: 11/28/2025) |
| 12/01/2025 | 31 (2 pgs) | Notice of Adjournment of Hearing *(Adjourned Pre-Trial Conference Date: December 10, 2025, at 10:00 a.m.) Notice of Adjournment of Pre-Trial Conference (via Zoom)* filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. with hearing to be held on 12/10/2025 at 10:00 AM at Videoconference (ZoomGov) (JPM) (Berger, Neil) (Entered: 12/01/2025) |
| 12/02/2025 | 32 (4 pgs) | Affidavit of Service *of Notice of Adjournment of Pre-Trial Conference* (related document(s)31) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Berger, Neil) (Entered: 12/02/2025) |
| 12/09/2025 | 33 (2 pgs) | Notice of Adjournment of Hearing / *(Adjourned Pre-Trial Conference Date: January 28, 2025, at 10:00 a.m.) Notice of Adjournment of Pre-Trial Conference (via Zoom)* filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. with hearing to be held on 1/28/2026 at 10:00 AM at Videoconference (ZoomGov) (JPM) (Berger, Neil) (Entered: 12/09/2025) |
| 12/09/2025 | 34 (4 pgs) | Affidavit of Service *of Notice of Adjournment of PreTrial Conference* (related document(s)33) Filed by Neil Matthew Berger on behalf of Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.. (Berger, Neil) (Entered: 12/09/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/30/2025 09:35:47 | | | |
| **PACER Login:** | pacertogut.2021 | **Client Code:** | 341 |
| **Description:** | Docket Report | **Search Criteria:** | 25-01115-jpm Fil or Ent: filed To: 12/30/2025 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

**Exhibit 7**

**Default Affidavit**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian Kreutter

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                   :
In re:                                                             :    Chapter 7
                                                                   :
NEW BLUE FLOWERS GOURMET CORP.,                                    :    Case No. 23-11231 (JPM)
                                                                   :
                              Debtor.                              :
                                                                   :
------------------------------------------------------------------- x
ALBERT TOGUT, Not Individually but Solely in                       :
His Capacity as Chapter 7 Trustee of NEW BLUE                      :
FLOWERS GOURMET CORP.,                                             :
                                                                   :    Adv. Pro. No. 25-01115 (JPM)
                                                                   :
                              Plaintiff,                           :
                                                                   :
                      v.                                           :
                                                                   :
BYUNG (BRUCE) LIM; MUN SOOK LIM; 405                               :
WEST 23rd STREET BAKERY CORP.; KATSU-                              :
HAMA USA, LLC; GIO ESTRADA                                         :
CONSTRUCTION LLC; JAMES YU; and FISCHER                            :
FOODS OF NEW YORK, INC.,                                           :
                                                                   :
                              Defendants.                          x
------------------------------------------------------------------- 

### AFFIDAVIT OF BRIAN KREUTTER
### IN SUPPORT OF A REQUEST FOR A CERTIFICATE OF DEFAULT
### AS TO DEFENDANTS BYUNG (BRUCE) LIM, MUN SOOK LIM,
### 405 WEST 23RD STREET BAKERY CORP., KATSU-HAMA USA, LLC,
### GIO ESTRADA CONSTRUCTION LLC AND JAMES YU

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

TO THE HONORABLE JOHN P. MASTANDO III,
UNITED STATES BANKRUPTCY JUDGE:

Brian Kreutter, being duly sworn, deposes and says:

1.      I am an attorney admitted to practice in the State of New York and an attorney at the law firm of Togut, Segal & Segal LLP, counsel for Albert Togut, not individually, but solely in his capacity as Chapter 7 Trustee (the "<u>Plaintiff</u>" or the "<u>Trustee</u>") of the estate of New Blue Flowers Gourmet Corp. (the "<u>Debtor</u>") and the plaintiff in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>").  I have personal knowledge of the facts set forth in this affidavit.

2.      I make this affidavit in support of the Trustee's request for the entry of a certificate of default pursuant to Rule 7055-1 of the Local Bankruptcy Rules for the Southern District of New York (the "<u>Local Rules</u>").

3.      I make this affidavit based upon personal knowledge except where set forth upon information and belief, and I believe those matters are true and correct.

**INTRODUCTION**

4.      The Trustee seeks entry of a certificate of default against defendants Byung (Bruce) Lim;  Mun Sook Lim;  405 West 23rd Street Bakery Corp.; Katsu-Hama USA, LLC;  Gio Estrada Construction LLC;  and James Yu (collectively, the "<u>Defaulting Defendants</u>") in the Adversary Proceeding.

**JURISDICTION**

5.      The United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>") has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and the United States District Court for the Southern District of New York's *Amended Standing Order of Reference, M-431*, dated January 31, 2012, which refers such proceedings to the Court.

2

6.      The Adversary Proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (F), (H), and (O), and this Court has jurisdiction to hear and to determine this proceeding and to enter a final order and judgment.

7.      In the event that this Court or any other court finds any part of this Adversary Proceeding to be "noncore," this Court has non-core concurrent jurisdiction over this proceeding under 28 U.S.C. § 1334 because the relief sought herein relates to the Debtor's bankruptcy case and will have a material impact on the administration of the Debtor's estate.

8.      Plaintiff consents to entry of final orders and judgments by this Court in this Adversary Proceeding pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Plaintiff also consents to entry of final orders or a judgment by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

9.      Venue over this Adversary Proceeding is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

10.     The statutory predicates for the relief requested herein are section 105 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 55 of the Federal Rules of Civil Procedure, made applicable herein by Bankruptcy Rule 7055, and Local Rule 7055-1.

## BACKGROUND

11.     On August 1, 2023, the Debtor commenced the above-captioned bankruptcy case (the "Bankruptcy Case") by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court.  [Bankr. Case Docket No. 1].[1]

---

[1]     Citations to the Bankruptcy Case docket are denoted as "[Bankr. Case Docket No. __]".

12.     On December 18, 2023, the Court entered the *Order Converting Chapter 11 Case to Chapter 7*, which converted the Bankruptcy Case to a case under Chapter 7 of the Bankruptcy Code [Bankr. Case Docket No. 24].

13.     On December 19, 2023, Mr. Togut was appointed as the Chapter 7 Interim Trustee of the Debtor;  he duly qualified and is acting as Trustee herein.

14.     On July 17, 2025, the Trustee commenced the Adversary Proceeding against the above-captioned defendants ("Defendants") by filing a complaint (the "Complaint") [Adv. Pro. Docket No. 1][2] to avoid and recover alleged fraudulent transfers and preferential transfers that were made by the Debtor directly or indirectly to, or for the benefit of, Defendants in an aggregate amount of not less than $2,797,175 (together, the "Transfers").

15.     On July 21, 2025, the Clerk of the Court (the "Clerk") issued a summons (the "Summons") in the Adversary Proceeding [Adv. Pro. Docket No. 3].

16.     On July 22, 2025 and July 24, 2025, copies of the Summons and Complaint were served upon Defendants at their last known addresses, as evidenced by the affidavits of service filed with the Court on July 23, 2025 and July 24, 2025, respectively [Adv. Pro. Docket Nos. 4 and 5] (the "Affidavits of Service").  Copies of the Summons, Complaint, and the Affidavits of Service are annexed hereto as **Exhibit 1**.

17.     The Summons required that Defendants file answers or otherwise move with respect to the Complaint within thirty (30) days after the date of issuance of the Summons.

18.     On September 30, 2025 and October 22, 2025, the Trustee and Fischer Foods of New York, Inc. ("Fischer") entered into stipulations to extend the time

---

[2]     Citations to the Adversary Proceeding docket are denoted as "[Adv. Pro. Docket No. __]".

by which Fischer was required to enter an answer or otherwise move with respect to the Complaint.  [Adv. Pro. Docket Nos. 11 and 12].

19.    On October 7, 2025, the Trustee mailed letters (the "Default Letters") to the Defaulting Defendants advising them that the time to answer or otherwise move with respect to the Complaint had passed.  The Default Letters additionally advised the Defaulting Defendants that absent the entry of an answer or a written response within seven days, the Trustee intended to submit a request for an entry of a certificate of default.

20.    As evidenced by the docket that is maintained by the Clerk for the Adversary Proceeding, a copy of which is annexed hereto as **Exhibit 2**, Defaulting Defendants have failed to answer or otherwise respond to the Summons and Complaint.  Additionally, with the exception of James Yu, none of the Defaulting Defendants have written to or otherwise contacted the Trustee concerning the Adversary Proceeding.[3]

## RELIEF REQUESTED

21.    The Trustee requests entry of a certificate of default (the "Certificate of Default"), pursuant to Bankruptcy Rule 7055(a) and Local Rule 7055-1, certifying that the Defaulting Defendants have failed to plead or otherwise defend in this Adversary Proceeding as required by law.

## BASIS FOR RELIEF

22.    Bankruptcy Rule 7055(a) provides that a clerk must enter a default against a party against whom judgment or affirmative relief is sought when that party's failure to plead or otherwise defend is shown by affidavit or otherwise.

---

[3]    Wayne Wei Zhu, an attorney purportedly acting on behalf of James Yu, contacted the Trustee in response to the Default Letter sent to Mr. Yu's attention.  Mr. Zhu indicated that Mr. Yu may not enter an answer or otherwise move with respect to the Complaint.  The Trustee shall additionally serve this affidavit on Mr. Zhu.

23.    Local Rule 7055-1 states:

A party applying for a certificate of default from the Clerk
pursuant to Bankruptcy Rule 7055 shall submit an affidavit
showing that (i) the party against whom a default is sought
is not an infant, in the military, or an incompetent person, (ii)
the party has failed to plead or otherwise defend the action,
and (iii) the pleading to which no response has been made
was properly served.

24.    Here, an entry of a certificate of default by the Clerk is warranted

because the Trustee has satisfied all the criteria of Bankruptcy Rule 7055(a) and Local

Rule 7055-1.

25.    Specifically, the Affidavits of Service, annexed hereto in **Exhibit 1**,

establish that proper notice of the Adversary Proceeding was provided to Defaulting

Defendants.

26.    Notwithstanding proper service of the Summons and the

Complaint, the docket that is maintained for the Adversary Proceeding confirms that no

Defaulting Defendant has filed any responsive papers or pleadings in the Adversary

Proceeding.  *See* **Exhibit 2**.

27.    Upon information and belief, the Defaulting Defendants (i) do not

now, nor at any time during the pendency of this Adversary Proceeding, serve in the

military, and (ii) are not minors or incompetents.

28.    Consequently, the Trustee requests entry of the Certificate of

Default against Defaulting Defendants certifying that Defaulting Defendants have

failed to plead or otherwise defend in this Adversary Proceeding as required by law.

29.    Subsequent to the entry of the Certificate of Default, the Trustee

will seek entry of an order granting a judgment against Defaulting Defendants on notice

to Defaulting Defendants.

6

       **WHEREFORE**, the Trustee requests entry of a Certificate of Default

against Defaulting Defendants and such other and further relief as is just and proper.

Dated: New York, New York
      November 6, 2025

                                          ALBERT TOGUT, not individually but solely
                                          in his capacity as Chapter 7 Trustee,
                                          By his Attorneys,
                                          TOGUT, SEGAL & SEGAL LLP
                                          By:

                                          */s/Brian Kreutter*
                                          NEIL BERGER
                                          BRIAN KREUTTER
                                          One Penn Plaza, Suite 3335
                                          New York, New York 10119
                                          (212) 594-5000

**(Exhibits Incorporated By Reference)**

## Exhibit 8

### Certificates of Default

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: New Blue Flowers Gourmet Corp.

Bankruptcy Case No.:
23−11231−jpm

Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.

Plaintiff(s),

−against−

Adversary Proceeding No.
25−01115−jpm

Byung (Bruce) Lim
Mun Sook Lim
405 West 23rd Street Bakery Corp.
Katsu−Hama USA, LLC
Gio Estrada Construction LLC
James Yu
Fischer Foods of New York, Inc.

Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | 405 West 23rd Street Bakery Corp. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 11/25/25

Vito Genna
_____

*Clerk of the Court*

By: /s/  Mary Lopez
_____

*Deputy Clerk*

# Notice Recipients

District/Off: 0208−1　　　　　User: admin　　　　　　　　Date Created: 11/25/2025

Case: 25−01115−jpm　　　　　Form ID: clkdflt　　　　　　Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| dft | 405 West 23rd Street Bakery Corp. | Attn: Owner/ President/ General Counsel | 405 West 23rd St | New York, NY 10011 |
| intp | 405 West 23rd Street Bakery Corp | c/o Jay Cha | 640 E. Palisade Ave. | Suite 203 | Englewood Cliffs, NJ 07632 |
| intp | 405 West 23rd Street Bakery Corp. | Attn: Byung S. Lim, CEO | 18 Executive Drive | New Hyde Park, NY 11040 |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: New Blue Flowers Gourmet Corp.

Bankruptcy Case No.:
23−11231−jpm

Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.

Plaintiff(s),

−against−

Byung (Bruce) Lim
Mun Sook Lim
405 West 23rd Street Bakery Corp.
Katsu−Hama USA, LLC
Gio Estrada Construction LLC
James Yu
Fischer Foods of New York, Inc.

Defendant(s)

Adversary Proceeding No.
25−01115−jpm

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Katsu−Hama USA, LLC |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 11/25/25

Vito Genna

*Clerk of the Court*

By: /s/  Mary Lopez

*Deputy Clerk*

# Notice Recipients

| | |
|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 11/25/2025 |
| Case: 25−01115−jpm | Form ID: clkdflt | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| dft | Katsu−Hama USA, LLC | Attn: President/Owner/General Counsel | 11 East 47th Street | New York, NY 10017 |
| intp | Katsu−Hama USA, LLC | Attn: Byung Sik Lim | 11 E. 47th St. | New York, NY 10017 |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: New Blue Flowers Gourmet Corp.

Bankruptcy Case No.:
23–11231–jpm

Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of
New Blue Flowers Gourmet Corp.

Plaintiff(s),

–against–

Adversary Proceeding No.
25–01115–jpm

Byung (Bruce) Lim
Mun Sook Lim
405 West 23rd Street Bakery Corp.
Katsu–Hama USA, LLC
Gio Estrada Construction LLC
James Yu
Fischer Foods of New York, Inc.

Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Gio Estrada Construction LLC |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 11/25/25

Vito Genna
_____
*Clerk of the Court*

By: /s/  Mary Lopez
_____
*Deputy Clerk*

# Notice Recipients

| | |
|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 11/25/2025 |
| Case: 25−01115−jpm | Form ID: clkdflt | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

dft     Gio Estrada Construction LLC     c/o Edgar Estrada     261 Walker St.     Fairview, NJ 07022

intp     Gio Estrada Construction LLC     Attn: Owner / President/ General Counsel     261 Walker St.     Fairview, NJ 07022

     TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: New Blue Flowers Gourmet Corp.

Bankruptcy Case No.:
23–11231–jpm

Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.

Plaintiff(s),

–against–

Adversary Proceeding No.
25–01115–jpm

Byung (Bruce) Lim
Mun Sook Lim
405 West 23rd Street Bakery Corp.
Katsu–Hama USA, LLC
Gio Estrada Construction LLC
James Yu
Fischer Foods of New York, Inc.

Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | James Yu |
|-------|----------|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 11/25/25

Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 11/25/2025 |
| Case: 25−01115−jpm | Form ID: clkdflt | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| dft | James Yu | 6664 Selfridge St. | Forest Hills, NY 11375 | |
| intp | James Yu | 393 West Broadway | 6th Floor | New York, NY 10012 |

TOTAL: 2

**Exhibit 9**

**Affidavits of Service
(Certificates of Default)**

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: New Blue Flowers Gourmet Corp.

Bankruptcy Case No.:
23–11231–jpm

Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.

Plaintiff(s),

–against–

Adversary Proceeding No.
25–01115–jpm

Byung (Bruce) Lim
Mun Sook Lim
405 West 23rd Street Bakery Corp.
Katsu–Hama USA, LLC
Gio Estrada Construction LLC
James Yu
Fischer Foods of New York, Inc.

Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | 405 West 23rd Street Bakery Corp. |
|-------|-----------------------------------|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 11/25/25

Vito Genna
_____

*Clerk of the Court*

By: /s/  Mary Lopez
_____

*Deputy Clerk*

United States Bankruptcy Court

Southern District of New York

Albert Togut, Not Individually but Solel,

    Plaintiff

Adv. Proc. No. 25-01115-jpm

Lim,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: clkdflt | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + 405 West 23rd Street Bakery Corp, c/o Jay Cha, 640 E. Palisade Ave., Suite 203, Englewood Cliffs, NJ 07632-1824 |
| dft | + 405 West 23rd Street Bakery Corp., Attn: Owner/ President/ General Counsel, 405 West 23rd St, New York, NY 10011-1404 |
| intp | + 405 West 23rd Street Bakery Corp., Attn: Byung S. Lim, CEO, 18 Executive Drive, New Hyde Park, NY 11040-1014 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Kreutter | on behalf of Plaintiff Albert Togut  Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp. bkreutter@teamtogut.com |
| Neil Matthew Berger | on behalf of Plaintiff Albert Togut  Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp. neilberger@teamtogut.com, mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com |
| Ronald V. De Caprio | on behalf of Defendant Fischer Foods of New York  Inc. rvd@decapriolaw.com, rvd@decapriolaw.com |

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: New Blue Flowers Gourmet Corp.

Bankruptcy Case No.:
23–11231–jpm

Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of
New Blue Flowers Gourmet Corp.

Plaintiff(s),

–against–

Adversary Proceeding No.
25–01115–jpm

Byung (Bruce) Lim
Mun Sook Lim
405 West 23rd Street Bakery Corp.
Katsu–Hama USA, LLC
Gio Estrada Construction LLC
James Yu
Fischer Foods of New York, Inc.

Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Katsu–Hama USA, LLC |
|-------|---------------------|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 11/25/25

Vito Genna

*Clerk of the Court*

By: /s/  Mary Lopez

*Deputy Clerk*

United States Bankruptcy Court

Southern District of New York

Albert Togut, Not Individually but Solel,

    Plaintiff

Lim,

    Defendant

Adv. Proc. No. 25-01115-jpm

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 1 |
| --- | --- | --- |
| Date Rcvd: Nov 25, 2025 | Form ID: clkdflt | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| dft | + Katsu-Hama USA, LLC, Attn: President/Owner/General Counsel, 11 East 47th Street, New York, NY 10017-7911 |
| intp | + Katsu-Hama USA, LLC, Attn: Byung Sik Lim, 11 E. 47th St., New York, NY 10017-7911 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Kreutter | on behalf of Plaintiff Albert Togut  Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp. bkreutter@teamtogut.com |
| Neil Matthew Berger | on behalf of Plaintiff Albert Togut  Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp. neilberger@teamtogut.com, mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com |
| Ronald V. De Caprio | on behalf of Defendant Fischer Foods of New York  Inc. rvd@decapriolaw.com, rvd@decapriolaw.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: New Blue Flowers Gourmet Corp.

Bankruptcy Case No.:
23–11231–jpm

Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.

Plaintiff(s),

Adversary Proceeding No.
25–01115–jpm

–against–

Byung (Bruce) Lim
Mun Sook Lim
405 West 23rd Street Bakery Corp.
Katsu–Hama USA, LLC
Gio Estrada Construction LLC
James Yu
Fischer Foods of New York, Inc.

Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Gio Estrada Construction LLC |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 11/25/25

Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*

United States Bankruptcy Court

Southern District of New York

Albert Togut, Not Individually but Solel,

    Plaintiff

Lim,

    Defendant

Adv. Proc. No. 25-01115-jpm

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: clkdflt | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Gio Estrada Construction LLC, Attn: Owner / President/ General Counsel, 261 Walker St., Fairview, NJ 07022-1420 |
| dft | + | Gio Estrada Construction LLC, c/o Edgar Estrada, 261 Walker St., Fairview, NJ 07022-1420 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Kreutter | on behalf of Plaintiff Albert Togut  Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp. bkreutter@teamtogut.com |
| Neil Matthew Berger | on behalf of Plaintiff Albert Togut  Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp. neilberger@teamtogut.com, mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com |
| Ronald V. De Caprio | on behalf of Defendant Fischer Foods of New York  Inc. rvd@decapriolaw.com, rvd@decapriolaw.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: New Blue Flowers Gourmet Corp.

Bankruptcy Case No.:
23–11231–jpm

Albert Togut, Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp.

Plaintiff(s),

–against–

Adversary Proceeding No.
25–01115–jpm

Byung (Bruce) Lim
Mun Sook Lim
405 West 23rd Street Bakery Corp.
Katsu–Hama USA, LLC
Gio Estrada Construction LLC
James Yu
Fischer Foods of New York, Inc.

Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | James Yu |
|-------|----------|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 11/25/25

Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*

United States Bankruptcy Court

Southern District of New York

Albert Togut, Not Individually but Solel,

    Plaintiff

Lim,

    Defendant

Adv. Proc. No. 25-01115-jpm

# CERTIFICATE OF NOTICE

District/off: 0208-1            User: admin            Page 1 of 1

Date Rcvd: Nov 25, 2025         Form ID: clkdflt         Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dft | + | James Yu, 6664 Selfridge St., Forest Hills, NY 11375-4127 |
| intp | + | James Yu, 393 West Broadway, 6th Floor, New York, NY 10012-4359 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Kreutter | on behalf of Plaintiff Albert Togut  Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp. bkreutter@teamtogut.com |
| Neil Matthew Berger | on behalf of Plaintiff Albert Togut  Not Individually but Solely in His Capacity as Chapter 7 Trustee of New Blue Flowers Gourmet Corp. neilberger@teamtogut.com, mnester@teamtogut.com;eblander@teamtogut.com;jcohen@teamtogut.com;mmartir@teamtogut.com;jsamper@teamtogut.com;agreene@teamtogut.com;bkreutter@teamtogut.com;cribeiro@teamtogut.com;arivera@teamtogut.com |
| Ronald V. De Caprio | on behalf of Defendant Fischer Foods of New York  Inc. rvd@decapriolaw.com, rvd@decapriolaw.com |

TOTAL: 3